**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THE VALSPAR CORPORATION, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:14-cv-00527-RGA |
| | ) | |
| E. I. DU PONT DE NEMOURS AND | ) | **PUBLIC VERSION** |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF JOSHUA C. STOKES IN SUPPORT OF
DEFENDANT'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF
PLAINTIFF'S EXPERT MICHAEL A. WILLIAMS**

**VOLUME 1 OF 4
EXHIBITS 1-2**

*Of Counsel:*

Shari Ross Lahlou
CROWELL & MORING LLP
1001 Pennsylvania Avenue N.W.
Washington, DC 20004
(202) 624-2500 – Telephone
slahlou@crowell.com

Joshua C. Stokes
(admitted *pro hac vice*)
CROWELL & MORING LLP
515 S. Flower St., 40th Floor
Los Angeles, California 90066
(213) 622-4750 – Telephone
jstokes@crowell.com

Public Version:  September 22, 2015
Originally Filed:  September 15, 2015

POTTER ANDERSON & CORROON LLP
Kathleen Furey McDonough (No. 2395)
John A. Sensing (No. 5232)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware 19801
Tel.: (302) 984-6000
kmcdonough@potteranderson.com
jsensing@potteranderson.com

*Attorneys for Defendant E. I. du Pont de
Nemours and Company*

# EXHIBIT 1

# THIS DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 2

# THIS DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY