# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE VALSPAR CORPORATION, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | C.A. No. 1:14-cv-00527-RGA |
| ) | |
| E. I. DU PONT DE NEMOURS AND ) | **PUBLIC VERSION** |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF JOSHUA C. STOKES IN SUPPORT OF DEFENDANT'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF PLAINTIFF'S EXPERT MICHAEL A. WILLIAMS

### VOLUME 3 OF 4
### EXHIBITS 4-9

*Of Counsel:*

Shari Ross Lahlou
CROWELL & MORING LLP
1001 Pennsylvania Avenue N.W.
Washington, DC 20004
(202) 624-2500 – Telephone
slahlou@crowell.com

Joshua C. Stokes
(admitted *pro hac vice*)
CROWELL & MORING LLP
515 S. Flower St., 40th Floor
Los Angeles, California 90066
(213) 622-4750 – Telephone
jstokes@crowell.com

Public Version:  September 22, 2015
Originally Filed:  September 15, 2015

POTTER ANDERSON & CORROON LLP
  Kathleen Furey McDonough (No. 2395)
  John A. Sensing (No. 5232)
  Hercules Plaza, 6th Floor
  1313 North Market Street
  Wilmington, Delaware 19801
  Tel.: (302) 984-6000
  kmcdonough@potteranderson.com
  jsensing@potteranderson.com

*Attorneys for Defendant E. I. du Pont de Nemours and Company*

## DECLARATION OF JOSHUA C. STOKES

I, Joshua C. Stokes, do hereby swear, affirm, and attest as follows:

1. I am an attorney with the law firm Crowell & Moring LLP and am one of the counsel representing E. I. du Pont de Nemours and Company ("DuPont") in the above captioned case. I have personal knowledge of the facts stated in this declaration, and I could competently testify to these matters if called as a witness.

2. I respectfully submit this declaration in support of DuPont's Motion to Exclude the Expert Testimony of Plaintiff's Expert Michael A. Williams.

3. ███████████████████████████████████████
████████████████████████████████████████████
████████████████████████

███████████████████████████████████████████
███████████████████████████████████████████
██████████████████████████████

███████████████████████████████████████████
███████████████████████████████████████
████████████████████████

███████████████████████████████████████████
███████████████████████████████████████
██████████████████████████

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the foregoing is true and correct. Executed this 15th day of September, 2015.

*/s/ Joshua C. Stokes*
Joshua C. Stokes

[1204644 / 20120-666]

# EXHIBIT 4

# THIS DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 5

# THIS DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 6

# THIS DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 7

# THIS DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 8

# THIS DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 9

# THIS DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY