# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE VALSPAR CORPORATION, AND VALSPAR SOURCING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> E.I. DU PONT DE NEMOURS AND COMPANY, <br><br> Defendant. | C.A. No. 14-527-RGA <br><br> **REDACTED** <br> **PUBLIC VERSION** |

## VOLUME 25 EXHIBITS TO THE DECLARATION OF JESSICA L. MEYER IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

OF COUNSEL:
Richard Ihrig
James M. Lockhart
James P. McCarthy
John C. Ekman
Jessica L. Meyer
**LINDQUIST & VENNUM LLP**
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274
(612) 371-3211
rihrig@lindquist.com
jlockhart@lindquist.com
jmccarthy@lindquist.com
jekman@lindquist.com
jmeyer@lindquist.com

DATED: October 6, 2015

Frederick L. Cottrell, III (#2555)
Chad M. Shandler (#3796)
Jason J. Rawnsley (#5379)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
shandler@rlf.com
rawnsley@rlf.com

*Attorneys for Plaintiffs*
*The Valspar Corporation and Valspar Sourcing, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 6, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to registered participants, and further certify that I caused copies of the foregoing document to be served upon the following via electronic mail:

| | |
|---|---|
| Kathleen Furey McDonough<br>John A. Sensing<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, Sixth Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19801<br>(302) 984-6000<br>kmcdonough@potteranderson.com<br>     jsensing@potteranderson.com | Shari Ross Lahlou<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue N.W.<br>Washington, DC 20004<br>(202) 654-2500<br>slahlou@crowell.com |

Joshua C. Stokes
CROWELL & MORING LLP
515 South Flower Street
40th Floor
Los Angeles, CA 90071
jstokes@crowell.com

*/s/ Jason J. Rawnsley*
Jason J. Rawnsley (#5379)
rawnsley@rlf.com