IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE VALSPAR CORPORATION, AND VALSPAR SOURCING, INC., | C.A. No.  14-527-RGA |
| Plaintiffs, | |
| v. | |
| E.I. DUPONT DE NEMOURS AND COMPANY, | |
| Defendant. | |

## DECLARATION OF JESSICA L. MEYER IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
## PUBLIC VERSION

JESSICA L. MEYER states as follows:

1.     1.     I am an attorney with the law firm of Lindquist & Vennum LLP, counsel for Plaintiffs The Valspar Corporation and Valspar Sourcing, Inc. (collectively, "Valspar"), in this matter.  I have personal knowledge of the facts stated herein.  I submit this Declaration in Opposition to Defendant's Motion for Summary Judgment.

### Section A

2.     Attached hereto as Exhibit 1 is a true and correct copy of a document bearing Bates numbers CIANFICHI00006047 – CIANFICHI00006177, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

3.     Attached hereto as Exhibit 2 is a true and correct copy of a document bearing Bates numbers CIANFICHI00007612 – CIANFICHI00007615, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

4.     Attached hereto as Exhibit 3 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00093882 – CRISTALUSAMN00093924, which was

produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

5.      Attached hereto as Exhibit 4 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00141940 – CRISTALUSAMN00141942, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

6.      Attached hereto as Exhibit 5 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00198910 – CRISTALUSAMN00198931, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

7.      Attached hereto as Exhibit 6 is a true and correct copy of a document bearing Bates numbers DUPTI020435356 – DUPTI020435360, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

8.      Attached hereto as Exhibit 7 is a true and correct copy of a document bearing Bates numbers DUPTIO020865310 – DUPTIO020865338, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

9.      Attached hereto as Exhibit 8 is a true and correct copy of a document bearing Bates numbers DUPTIO20126043 – DUPTIO20126199, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

10.     Attached hereto as Exhibit 9 is a true and correct copy of a document bearing Bates numbers DUPTIO20128315 – DUPTIO20128481, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

11.     Attached hereto as Exhibit 10 is a true and correct copy of a document bearing Bates numbers DUPTIO20142953 – DUPTIO20142954, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

12.     Attached hereto as Exhibit 11 is a true and correct copy of a document bearing Bates numbers DUPTIO20155206 – DUPTIO20155207, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

13.     Attached hereto as Exhibit 12 is a true and correct copy of a document bearing Bates numbers DUPTIO20178098 – DUPTIO20178098, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

14.     Attached hereto as Exhibit 13 is a true and correct copy of a document bearing Bates numbers DUPTIO20807302 – DUPTIO20807386, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

15.     Attached hereto as Exhibit 14 is a true and correct copy of a document bearing Bates numbers DUPTIO2086098 – DUPTIO20866107, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

16.     Attached hereto as Exhibit 15 is a true and correct copy of a document bearing Bates numbers DUPTIO20883215 – DUPTIO20883238, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

17.     Attached hereto as Exhibit 16 is a true and correct copy of a document bearing Bates numbers HILLC000513895, HILLC000513899, HILLC000513901, HILLC000513907, HILLC000513923, HILLC000513929, HILLC000513971, HILLC000513983, HILLC000513985, HILLC000514023, HILLC000514173, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

18.     Attached hereto as Exhibit 17 is a true and correct copy of a document bearing Bates numbers HILLC000577392 – HILLC000577587, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

19.     Attached hereto as Exhibit 18 is a true and correct copy of a document bearing Bates numbers HILLC006674368 – HILLC006674374, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

20.     Attached hereto as Exhibit 19 is a true and correct copy of a document bearing Bates numbers HILLC006719423 – HILLC006719423, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

21.     Attached hereto as Exhibit 20 is a true and correct copy of a document bearing Bates numbers IBMA-Fisher 001631 – IBMA-Fisher 001674, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

22.     Attached hereto as Exhibit 21 is a true and correct copy of a document bearing Bates numbers IBMA-Fisher 007009 – IBMA-Fisher 007029, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

23.     Attached hereto as Exhibit 22 is a true and correct copy of a document bearing Bates numbers IBMA-Fisher 009771 – IBMA-Fisher 009830, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

24.     Attached hereto as Exhibit 23 is a true and correct copy of a document bearing Bates numbers KROWW00022297 – KROWW00022305, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

25.     Attached hereto as Exhibit 24 is a true and correct copy of a document bearing Bates numbers KROWW00024282 – KROWW00024336, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

26.     Attached hereto as Exhibit 25 is a true and correct copy of a document bearing Bates numbers KROWW00168880 – KROWW00168896, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

27.     Attached hereto as Exhibit 26 is a true and correct copy of a document bearing Bates numbers KROWW00420256 – KROWW00420272, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

28.     Attached hereto as Exhibit 27 is a true and correct copy of a document bearing Bates numbers KROWW00537118 – KROWW00537166, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

29.     Attached hereto as Exhibit 28 is a true and correct copy of a document bearing Bates numbers KROWW00537307 – KROWW00537355, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

30.     Attached hereto as Exhibit 29 is a true and correct copy of a document bearing Bates numbers MIC00065885 – MIC00065888, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

31.     Attached hereto as Exhibit 30 is a true and correct copy of a document bearing Bates numbers MIC0037942 – MIC0037968, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

32.     Attached hereto as Exhibit 31 is a true and correct copy of a document bearing Bates numbers MIC00722967 – MIC00723022, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

33.     Attached hereto as Exhibit 32 is a true and correct copy of a document bearing Bates numbers MIC01426069 – MIC01426128, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

34.     Attached hereto as Exhibit 33 is a true and correct copy of a document bearing Bates numbers MIC03491603 – MIC03491605, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

35.     Attached hereto as Exhibit 34 is a true and correct copy of a document bearing Bates numbers MIC04280070 – MIC04280111, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

36.     Attached hereto as Exhibit 35 is a true and correct copy of a document bearing Bates numbers WILLIAMSON00000117 – WILLIAMSON00000122, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

**<u>Section B</u>**

37.     Attached hereto as Exhibit 36 is a true and correct copy of a document bearing Bates numbers DUPTIO20194748 – DUPTIO20194749, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

38.     Attached hereto as Exhibit 37 is a true and correct copy of a document bearing Bates numbers DUPTIO20527717 – DUPTIO20527718, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

39.     Attached hereto as Exhibit 38 is a true and correct copy of a document bearing Bates numbers DUPTIO20743908 – DUPTIO20743909, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

40.     Attached hereto as Exhibit 39 is a true and correct copy of a document bearing Bates numbers HILLC000066227 – HILLC000066310, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

41.     Attached hereto as Exhibit 40 is a true and correct copy of a document bearing Bates numbers HILLC000516193 – HILLC000516444, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

42.     Attached hereto as Exhibit 41 is a true and correct copy of a document bearing Bates numbers HILLC000516301 – HILLC000516301, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

43.     Attached hereto as Exhibit 42 is a true and correct copy of a document bearing Bates numbers HILLC000561536 – HILLC000561584, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

44.     Attached hereto as Exhibit 43 is a true and correct copy of a document bearing Bates numbers HILLC000603172 – HILLC000603174, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

45.     Attached hereto as Exhibit 44 is a true and correct copy of a document bearing Bates numbers HILLC001082525 – HILLC001082526, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

46.     Attached hereto as Exhibit 45 is a true and correct copy of a document bearing Bates numbers HILLC001083475 – HILLC001083476, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

47.     Attached hereto as Exhibit 46 is a true and correct copy of a document bearing Bates numbers HILLC001086168 – HILLC001086168, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

48.     Attached hereto as Exhibit 47 is a true and correct copy of a document bearing Bates numbers HILLC004265482 – HILLC004265514, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

49.      Attached hereto as Exhibit 48 is a true and correct copy of a document bearing Bates numbers HILLC006755981 – HILLC006756084, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

50.      Attached hereto as Exhibit 49 is a true and correct copy of a document bearing Bates numbers KROWW00067157 – KROWW00067164, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

51.      Attached hereto as Exhibit 50 is a true and correct copy of a document bearing Bates numbers KROWW00085102 – KROWW00085103, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

52.      Attached hereto as Exhibit 51 is a true and correct copy of a document bearing Bates numbers KROWW00109658 – KROWW00109661, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

53.      Attached hereto as Exhibit 52 is a true and correct copy of a document bearing Bates numbers KROWW00122928 – KROWW00122929, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

54.      Attached hereto as Exhibit 53 is a true and correct copy of a document bearing Bates numbers KROWW00133843 – KROWW00133846, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

55.      Attached hereto as Exhibit 54 is a true and correct copy of a document bearing Bates numbers KROWW00157814 – KROWW00157814, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

56.      Attached hereto as Exhibit 55 is a true and correct copy of a document bearing Bates numbers MIC0019565 – MIC0019565, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

57.     Attached hereto as Exhibit 56 is a true and correct copy of a document bearing Bates numbers MIC00419993 – MIC00419993, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

58.     Attached hereto as Exhibit 57 is a true and correct copy of a document bearing Bates numbers MIC0058976 – MIC0058993, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

59.     Attached hereto as Exhibit 58 is a true and correct copy of a document bearing Bates numbers MIC0061381 – MIC0061391, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

60.     Attached hereto as Exhibit 59 is a true and correct copy of a document bearing Bates numbers MIC02576511 – MIC02576686, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

61.     Attached hereto as Exhibit 60 is a true and correct copy of a document bearing Bates numbers MIC02957985 – MIC02958134, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

62.     Attached hereto as Exhibit 61 is a true and correct copy of a document bearing Bates numbers TRONOX0003277 – TRONOX0003278, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

63.     Attached hereto as Exhibit 62 is a true and correct copy of a document bearing Bates numbers VAL0207858 – VAL0207858_0046, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

### Section C

64.     Attached hereto as Exhibit 63 is a true and correct copy of a document bearing Bates numbers CIANFICHI00005721 – CIANFICHI00005773, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

65.     Attached hereto as Exhibit 64 is a true and correct copy of a document bearing Bates numbers CIANFICHI00015933 – CIANFICHI00015934, CIANFICHI00015935 – CIANFICHI00015959, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

66.     Attached hereto as Exhibit 65 is a true and correct copy of a document bearing Bates numbers DUPTIO20117097 – DUPITO201117102, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

67.     Attached hereto as Exhibit 66 is a true and correct copy of a document bearing Bates numbers DUPTIO20244728 – DUPTIO20244764, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

68.     Attached hereto as Exhibit 67 is a true and correct copy of a document bearing Bates numbers DUPTIO20326546 – DUPTIO20326547, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

69.     Attached hereto as Exhibit 68 is a true and correct copy of a document bearing Bates numbers DUPTIO20331825 – DUPTIO20331827, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

70.     Attached hereto as Exhibit 69 is a true and correct copy of a document bearing Bates numbers DUPTIO20536286 – DUPTIO20536304, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

71.     Attached hereto as Exhibit 70 is a true and correct copy of a document bearing Bates numbers DUPTIO20546250 – DUPTIO20546290, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

72.     Attached hereto as Exhibit 71 is a true and correct copy of a document bearing Bates numbers DUPTIO20572937 – DUPTIO20572962, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

73.     Attached hereto as Exhibit 72 is a true and correct copy of a document bearing Bates numbers DUPTIO20640060 – DUPTIO20640193, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

74.     Attached hereto as Exhibit 73 is a true and correct copy of a document bearing Bates numbers DUPTIO20866096 – DUPTIO20866097, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

75.     Attached hereto as Exhibit 74 is a true and correct copy of a document bearing Bates numbers DUPTIO20893712 – DUPTIO20893715, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

76.     Attached hereto as Exhibit 75 is a true and correct copy of a document bearing Bates numbers IBMA-Fisher 001300 – IBMA-Fisher 001314, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

77.     Attached hereto as Exhibit 76 is a true and correct copy of a document bearing Bates numbers KROWW00100355 – KROWW00100356, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

78.     Attached hereto as Exhibit 77 is a true and correct copy of a document bearing Bates numbers KROWW00167180 – KROWW00167214, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

79.     Attached hereto as Exhibit 78 is a true and correct copy of a document bearing Bates numbers MIC03217109 – MIC03217109, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

**Section D**

80.     Attached hereto as Exhibit 79 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00174573 – CRISTALUSAMN00174577, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

81.     Attached hereto as Exhibit 80 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00238242 – CRISTALUSAMN00238243, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

82.     Attached hereto as Exhibit 81 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00345801 – CRISTALUSAMN00345803, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

83.     Attached hereto as Exhibit 82 is a true and correct copy of a document bearing Bates numbers DUPTIO20107546 – DUPTIO20107547, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

84.     Attached hereto as Exhibit 83 is a true and correct copy of a document bearing Bates numbers DUPTIO20107719 – DUPTIO20107721, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

85.     Attached hereto as Exhibit 84 is a true and correct copy of a document bearing Bates numbers DUPTIO20109301 – DUPTIO20109301, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

86.     Attached hereto as Exhibit 85 is a true and correct copy of a document bearing Bates numbers DUPTIO20142056 – DUPTIO20142057, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

87.     Attached hereto as Exhibit 86 is a true and correct copy of a document bearing Bates numbers DUPTIO20156165 – DUPTIO20156168, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

88.     Attached hereto as Exhibit 87 is a true and correct copy of a document bearing Bates numbers DUPTIO20163908 – DUPTIO20163936, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

89.     Attached hereto as Exhibit 88 is a true and correct copy of a document bearing Bates numbers DUPTIO20179740 – DUPTIO20179755, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

90.     Attached hereto as Exhibit 89 is a true and correct copy of a document bearing Bates numbers DUPTIO20185005 – DUPTIO20185007, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

91.     Attached hereto as Exhibit 90 is a true and correct copy of a document bearing Bates numbers DUPTIO20206915 – DUPTIO20206915, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

92.     Attached hereto as Exhibit 91 is a true and correct copy of a document bearing Bates numbers DUPTIO20211572 – DUPTIO20211574, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

93.     Attached hereto as Exhibit 92 is a true and correct copy of a document bearing Bates numbers DUPTIO20232432 – DUPTIO20232459, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

94.     Attached hereto as Exhibit 93 is a true and correct copy of a document bearing Bates numbers DUPTIO20243693 – DUPTIO20243727, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

95.     Attached hereto as Exhibit 94 is a true and correct copy of a document bearing Bates numbers DUPTIO20246265 – DUPTIO20246294, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

96.     Attached hereto as Exhibit 95 is a true and correct copy of a document bearing Bates numbers DUPTIO20265222 – DUPTIO20265226, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

97.     Attached hereto as Exhibit 96 is a true and correct copy of a document bearing Bates numbers DUPTIO20340275 – DUPTIO20340275, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

98.     Attached hereto as Exhibit 97 is a true and correct copy of a document bearing Bates numbers DUPTIO20404537 – DUPTIO20404538, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

99.     Attached hereto as Exhibit 98 is a true and correct copy of a document bearing Bates numbers DUPTIO20409126 – DUPTIO20409132, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

100.     Attached hereto as Exhibit 99 is a true and correct copy of a document bearing Bates numbers DUPTIO20433265 – DUPTIO20433265, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

101.    Attached hereto as Exhibit 100 is a true and correct copy of a document bearing Bates numbers DUPTIO20523243 – DUPTIO20523245, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

102.    Attached hereto as Exhibit 101 is a true and correct copy of a document bearing Bates numbers DUPTIO20625519 – DUPTIO20625519, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

103.    Attached hereto as Exhibit 102 is a true and correct copy of a document bearing Bates numbers DUPTIO20880363 – DUPTIO20880366, DUPTIO20880367 – DUPTIO20880392, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

104.    Attached hereto as Exhibit 103 is a true and correct copy of a document bearing Bates numbers GUILD01196 – GUILD01197, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

105.    Attached hereto as Exhibit 104 is a true and correct copy of a document bearing Bates numbers HILLC004297157 – HILLC004297164, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

106.    Attached hereto as Exhibit 105 is a true and correct copy of a document bearing Bates numbers HILLC006853936 – HILLC006853639, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

107.    Attached hereto as Exhibit 106 is a true and correct copy of a document bearing Bates numbers KROWW00077639 – KROWW00077643, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

108.    Attached hereto as Exhibit 107 is a true and correct copy of a document bearing Bates numbers KROWW00081083 – KROWW00081087, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

109.    Attached hereto as Exhibit 108 is a true and correct copy of a document bearing Bates numbers KROWW00081465 – KROWW00081466, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

110.    Attached hereto as Exhibit 109 is a true and correct copy of a document bearing Bates numbers KROWW00099831 – KROWW00099833, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

111.    Attached hereto as Exhibit 110 is a true and correct copy of a document bearing Bates numbers KROWW00119621 – KROWW00119626, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

112.    Attached hereto as Exhibit 111 is a true and correct copy of a document bearing Bates numbers KROWW00135231 – KROWW00135232, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

113.    Attached hereto as Exhibit 112 is a true and correct copy of a document bearing Bates numbers KROWW00466043 – KROWW00466046, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

114.    Attached hereto as Exhibit 113 is a true and correct copy of a document bearing Bates numbers KROWW00705357 – KROWW00705409, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

115.    Attached hereto as Exhibit 114 is a true and correct copy of a document bearing Bates numbers KROWW00792402 – KROWW00792402, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

116.    Attached hereto as Exhibit 115 is a true and correct copy of a document bearing Bates numbers KROWW00803614 – KROWW00803614, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

117.    Attached hereto as Exhibit 116 is a true and correct copy of a document bearing Bates numbers KROWW00871187 – KROWW00871219, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

118.    Attached hereto as Exhibit 117 is a true and correct copy of a document bearing Bates numbers MIC00281468 – MIC00281487, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

119.    Attached hereto as Exhibit 118 is a true and correct copy of a document bearing Bates numbers MIC0056768 – MIC0056781, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

120.    Attached hereto as Exhibit 119 is a true and correct copy of a document bearing Bates numbers MIC03197066 – MIC03197066, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

121.    Attached hereto as Exhibit 120 is a true and correct copy of a document bearing Bates numbers MIC03357569 – MIC03357574, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

122.    Attached hereto as Exhibit 121 is a true and correct copy of a document bearing Bates numbers MIC03578676 – MIC03578678, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

123.    Attached hereto as Exhibit 122 is a true and correct copy of a document bearing Bates numbers MIC04984936 – MIC04984937, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

124.    Attached hereto as Exhibit 123 is a true and correct copy of a document bearing Bates numbers MIC05297320 – MIC05297323, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

125.    Attached hereto as Exhibit 124 is a true and correct copy of a document bearing Bates numbers CIANFICHI00014624 – CIANFICHI00014624, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

**Section E**

126.    Attached hereto as Exhibit 125 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00116889 – CRISTALUSAMN00116889, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

127.    Attached hereto as Exhibit 126 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00126370 – CRISTALUSAMN00126370, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

128.    Attached hereto as Exhibit 127 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00132054 – CRISTALUSAMN00132054, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

129.    Attached hereto as Exhibit 128 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00185770 – CRISTALUSAMN00185771_0011, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

130.     Attached hereto as Exhibit 129 is a true and correct copy of a document bearing Bates numbers DUPTIO10155750 – DUPTIO10155750, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

131.     Attached hereto as Exhibit 130 is a true and correct copy of a document bearing Bates numbers DUPTIO20005343 – DUPTIO20005343, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

132.     Attached hereto as Exhibit 131 is a true and correct copy of a document bearing Bates numbers DUPTIO20005344 – DUPTIO20005344, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

133.     Attached hereto as Exhibit 132 is a true and correct copy of a document bearing Bates numbers DUPTIO20005346 – DUPTIO20005346, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

134.     Attached hereto as Exhibit 133 is a true and correct copy of a document bearing Bates numbers DUPTIO20005347 – DUPTIO20005347, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

135.     Attached hereto as Exhibit 134 is a true and correct copy of a document bearing Bates numbers DUPTIO20005352 – DUPTIO20005352, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

136.     Attached hereto as Exhibit 135 is a true and correct copy of a document bearing Bates numbers DUPTIO20020059 – DUPTIO20020059, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

137.     Attached hereto as Exhibit 136 is a true and correct copy of a document bearing Bates numbers DUPTIO20020101 – DUPTIO20020101, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

138.    Attached hereto as Exhibit 137 is a true and correct copy of a document bearing Bates numbers DUPTIO20020106 – DUPTIO20020106, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

139.    Attached hereto as Exhibit 138 is a true and correct copy of a document bearing Bates numbers DUPTIO20020110 – DUPTIO20020110, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

140.    Attached hereto as Exhibit 139 is a true and correct copy of a document bearing Bates numbers DUPTIO20020112 – DUPTIO20020112, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

141.    Attached hereto as Exhibit 140 is a true and correct copy of a document bearing Bates numbers DUPTIO20020114 – DUPTIO20020114, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

142.    Attached hereto as Exhibit 141 is a true and correct copy of a document bearing Bates numbers DUPTIO20020116 – DUPTIO20020116, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

143.    Attached hereto as Exhibit 142 is a true and correct copy of a document bearing Bates numbers DUPTIO20020118 – DUPTIO20020118, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

144.    Attached hereto as Exhibit 143 is a true and correct copy of a document bearing Bates numbers DUPTIO20020120 – DUPTIO20020120, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

145.    Attached hereto as Exhibit 144 is a true and correct copy of a document bearing Bates numbers DUPTIO20020124 – DUPTIO20020124, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

146.    Attached hereto as Exhibit 145 is a true and correct copy of a document bearing Bates numbers DUPTIO20020125 – DUPTIO20020125, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

147.    Attached hereto as Exhibit 146 is a true and correct copy of a document bearing Bates numbers DUPTIO20020131 – DUPTIO20020131, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

148.    Attached hereto as Exhibit 147 is a true and correct copy of a document bearing Bates numbers DUPTIO20020135 – DUPTIO20020135, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

149.    Attached hereto as Exhibit 148 is a true and correct copy of a document bearing Bates numbers DUPTIO20020138 – DUPTIO20020138, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

150.    Attached hereto as Exhibit 149 is a true and correct copy of a document bearing Bates numbers DUPTIO20024557 – DUPTIO20024557, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

151.    Attached hereto as Exhibit 150 is a true and correct copy of a document bearing Bates numbers DUPTIO20024561 – DUPTIO20024561, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

152.    Attached hereto as Exhibit 151 is a true and correct copy of a document bearing Bates numbers DUPTIO20054607 – DUPTIO20054613, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

153.    Attached hereto as Exhibit 152 is a true and correct copy of a document bearing Bates numbers DUPTIO20128882 – DUPTIO20128889, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

154.   Attached hereto as Exhibit 153 is a true and correct copy of a document bearing Bates numbers DUPTIO20155750 – DUPTIO20155750, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

155.   Attached hereto as Exhibit 154 is a true and correct copy of a document bearing Bates numbers DUPTIO20571771 – DUPTIO20571780, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

156.   Attached hereto as Exhibit 155 is a true and correct copy of a document bearing Bates numbers DUPTIO20581753 – DUPTIO20581765, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

157.   Attached hereto as Exhibit 156 is a true and correct copy of a document bearing Bates numbers DUPTIO20666922 – DUPTIO20666933, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

158.   Attached hereto as Exhibit 157 is a true and correct copy of a document bearing Bates numbers DUPTIO20864814 – DUPTIO20864814, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

159.   Attached hereto as Exhibit 158 is a true and correct copy of a document bearing Bates numbers DUPTIO20865034 – DUPTIO20865034, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

160.   Attached hereto as Exhibit 159 is a true and correct copy of a document bearing Bates numbers DUPTIO20881782 – DUPTIO20881786, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

161.   Attached hereto as Exhibit 160 is a true and correct copy of a document bearing Bates numbers DUPTIO20916356 – DUPTIO20916357, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

162.     Attached hereto as Exhibit 161 is a true and correct copy of a document bearing Bates numbers DUPTIO20917274 – DUPTIO20917275, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

163.     Attached hereto as Exhibit 162 is a true and correct copy of a document bearing Bates numbers DUPTIO20943258 – DUPTIO20943271, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

164.     Attached hereto as Exhibit 163 is a true and correct copy of a document bearing Bates numbers DUPTIO20943274 – DUPTIO20943278, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

165.     Attached hereto as Exhibit 164 is a true and correct copy of a document bearing Bates numbers DUPTIO20943293 – DUPTIO20943296, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

166.     Attached hereto as Exhibit 165 is a true and correct copy of a document bearing Bates numbers DUPTIO20943300 – DUPTIO20943303, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

167.     Attached hereto as Exhibit 166 is a true and correct copy of a document bearing Bates numbers DUPTIO20943327 – DUPTIO20943330, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

168.     Attached hereto as Exhibit 167 is a true and correct copy of a document bearing Bates numbers GUILD06677 – GUILD06678, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

169.     Attached hereto as Exhibit 168 is a true and correct copy of a document bearing Bates numbers HILLC000690775 – HILLC000690776, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

170.     Attached hereto as Exhibit 169 is a true and correct copy of a document bearing Bates numbers HILLC000865664 – HILLC000865666, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

171.     Attached hereto as Exhibit 170 is a true and correct copy of a document bearing Bates numbers HILLC001085041 – HILLC001085042, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

172.     Attached hereto as Exhibit 171 is a true and correct copy of a document bearing Bates numbers HILLC001843300 – HILLC001843300, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

173.     Attached hereto as Exhibit 172 is a true and correct copy of a document bearing Bates numbers HILLC002101825 – HILLC002101825, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

174.     Attached hereto as Exhibit 173 is a true and correct copy of a document bearing Bates numbers HILLC003448323 – HILLC003448323, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

175.     Attached hereto as Exhibit 174 is a true and correct copy of a document bearing Bates numbers HILLC003448624 – HILLC003448624, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

176.     Attached hereto as Exhibit 175 is a true and correct copy of a document bearing Bates number HILLC003448986, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

177.     Attached hereto as Exhibit 176 is a true and correct copy of a document bearing Bates numbers HILLC003448987 – HILLC003448987, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

178.    Attached hereto as Exhibit 177 is a true and correct copy of a document bearing Bates numbers HILLC003448988 – HILLC003448988, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

179.    Attached hereto as Exhibit 178 is a true and correct copy of a document bearing Bates numbers HILLC003448990 – HILLC003448990, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

180.    Attached hereto as Exhibit 179 is a true and correct copy of a document bearing Bates numbers HILLC003448991 – HILLC003448991, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

181.    Attached hereto as Exhibit 180 is a true and correct copy of a document bearing Bates numbers HILLC003448995 – HILLC003448995, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

182.    Attached hereto as Exhibit 181 is a true and correct copy of a document bearing Bates numbers HILLC003448996 – HILLC003448996, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

183.    Attached hereto as Exhibit 182 is a true and correct copy of a document bearing Bates numbers HILLC003448997 – HILLC003448997, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

184.    Attached hereto as Exhibit 183 is a true and correct copy of a document bearing Bates numbers HILLC003449000 – HILLC003449000, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

185.    Attached hereto as Exhibit 184 is a true and correct copy of a document bearing Bates numbers HILLC003449002 – HILLC003449002, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

186.    Attached hereto as Exhibit 185 is a true and correct copy of a document bearing Bates numbers HILLC004154933 – HILLC004154933, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

187.    Attached hereto as Exhibit 186 is a true and correct copy of a document bearing Bates numbers HILLC004157510 – HILLC004157510, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

188.    Attached hereto as Exhibit 187 is a true and correct copy of a document bearing Bates numbers HILLC004496980 – HILLC004496980, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

189.    Attached hereto as Exhibit 188 is a true and correct copy of a document bearing Bates numbers HILLC004521227 – HILLC004521230, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

190.    Attached hereto as Exhibit 189 is a true and correct copy of a document bearing Bates numbers HILLC004542907 – HILLC004542912, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

191.    Attached hereto as Exhibit 190 is a true and correct copy of a document bearing Bates numbers HILLC004677440 – HILLC004677441, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

192.    Attached hereto as Exhibit 191 is a true and correct copy of a document bearing Bates numbers HILLC005135280 – HILLC005135280, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

193.    Attached hereto as Exhibit 192 is a true and correct copy of a document bearing Bates numbers HILLC005226575 – HILLC005226575, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

194.     Attached hereto as Exhibit 193 is a true and correct copy of a document bearing Bates numbers HILLC005226579 – HILLC005226579, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

195.     Attached hereto as Exhibit 194 is a true and correct copy of a document bearing Bates numbers HILLC005484216 – HILLC005484216, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

196.     Attached hereto as Exhibit 195 is a true and correct copy of a document bearing Bates numbers HILLC005484223 – HILLC005484223, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

197.     Attached hereto as Exhibit 196 is a true and correct copy of a document bearing Bates numbers HILLC005501649 – HILLC005501649, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

198.     Attached hereto as Exhibit 197 is a true and correct copy of a document bearing Bates numbers HILLC005501741 – HILLC005502095, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

199.     Attached hereto as Exhibit 198 is a true and correct copy of a document bearing Bates numbers HILLC006018059 – HILLC006018060, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

200.     Attached hereto as Exhibit 199 is a true and correct copy of a document bearing Bates numbers HILLC006052098 – HILLC006052098, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

201.     Attached hereto as Exhibit 200 is a true and correct copy of a document bearing Bates numbers HILLC006054490 – HILLC006054490, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

202.    Attached hereto as Exhibit 201 is a true and correct copy of a document bearing Bates numbers HILLC006054606 – HILLC006054606, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

203.    Attached hereto as Exhibit 202 is a true and correct copy of a document bearing Bates numbers HILLC006055156 – HILLC006055156, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

204.    Attached hereto as Exhibit 203 is a true and correct copy of a document bearing Bates numbers HILLC006868281 – HILLC006868282, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

205.    Attached hereto as Exhibit 204 is a true and correct copy of a document bearing Bates numbers HILLC006895911 – HILLC006895912, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

206.    Attached hereto as Exhibit 205 is a true and correct copy of a document bearing Bates numbers HILLC006895913 – HILLC006895914, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

207.    Attached hereto as Exhibit 206 is a true and correct copy of a document bearing Bates numbers HILLC007475210 – HILLC007475210, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

208.    Attached hereto as Exhibit 207 is a true and correct copy of a document bearing Bates numbers KFKTI000016 – KFKTI000023, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

209.    Attached hereto as Exhibit 208 is a true and correct copy of a document bearing Bates numbers KROWW00003597 – KROWW00003597, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

210.    Attached hereto as Exhibit 209 is a true and correct copy of a document bearing Bates numbers KROWW00003613 – KROWW00003613, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

211.    Attached hereto as Exhibit 210 is a true and correct copy of a document bearing Bates numbers KROWW00003621 – KROWW00003621, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

212.    Attached hereto as Exhibit 211 is a true and correct copy of a document bearing Bates numbers KROWW00003624 – KROWW00003624, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

213.    Attached hereto as Exhibit 212 is a true and correct copy of a document bearing Bates numbers KROWW00003625 – KROWW00003626, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

214.    Attached hereto as Exhibit 213 is a true and correct copy of a document bearing Bates numbers KROWW00003627 – KROWW00003627, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

215.    Attached hereto as Exhibit 214 is a true and correct copy of a document bearing Bates numbers KROWW00003632 – KROWW00003632, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

216.    Attached hereto as Exhibit 215 is a true and correct copy of a document bearing Bates numbers KROWW00004050 – KROWW00004050, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

217.    Attached hereto as Exhibit 216 is a true and correct copy of a document bearing Bates numbers KROWW00006345 – KROWW00006346, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

218.    Attached hereto as Exhibit 217 is a true and correct copy of a document bearing Bates numbers KROWW00006381 – KROWW00006381, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

219.    Attached hereto as Exhibit 218 is a true and correct copy of a document bearing Bates numbers KROWW00006473 – KROWW00006473, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

220.    Attached hereto as Exhibit 219 is a true and correct copy of a document bearing Bates numbers KROWW00006512 – KROWW00006512, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

221.    Attached hereto as Exhibit 220 is a true and correct copy of a document bearing Bates numbers KROWW00017330 – KROWW00017330, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

222.    Attached hereto as Exhibit 221 is a true and correct copy of a document bearing Bates numbers KROWW00017337 – KROWW00017337, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

223.    Attached hereto as Exhibit 222 is a true and correct copy of a document bearing Bates numbers KROWW00017475 – KROWW00017475, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

224.    Attached hereto as Exhibit 223 is a true and correct copy of a document bearing Bates numbers KROWW00041188 – KROWW00041189, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

225.    Attached hereto as Exhibit 224 is a true and correct copy of a document bearing Bates numbers KROWW00083979 – KROWW00083979, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

226.    Attached hereto as Exhibit 225 is a true and correct copy of a document bearing Bates numbers KROWW00106228 – KROWW00106229, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

227.    Attached hereto as Exhibit 226 is a true and correct copy of a document bearing Bates numbers KROWW00146594 – KROWW00146594, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

228.    Attached hereto as Exhibit 227 is a true and correct copy of a document bearing Bates numbers KROWW00148890, MIC0029350 – MIC0029351, MIC0029289 – MIC0029290, MIC0029373, MIC0029364, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

229.    Attached hereto as Exhibit 228 is a true and correct copy of a document bearing Bates numbers KROWW00154434 – KROWW00154434, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

230.    Attached hereto as Exhibit 229 is a true and correct copy of a document bearing Bates numbers KROWW00160178 – KROWW00160178, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

231.    Attached hereto as Exhibit 230 is a true and correct copy of a document bearing Bates numbers KROWW00257206 – KROWW00257206, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

232.    Attached hereto as Exhibit 231 is a true and correct copy of a document bearing Bates numbers KROWW00316871 – KROWW00316965, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

233.     Attached hereto as Exhibit 232 is a true and correct copy of a document bearing Bates numbers KROWW00317813 – KROWW00317813, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

234.     Attached hereto as Exhibit 233 is a true and correct copy of a document bearing Bates numbers KROWW00317832 – KROWW00317832, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

235.     Attached hereto as Exhibit 234 is a true and correct copy of a document bearing Bates numbers KROWW00317836 – KROWW00317836, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

236.     Attached hereto as Exhibit 235 is a true and correct copy of a document bearing Bates numbers KROWW00317841 – KROWW00317841, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

237.     Attached hereto as Exhibit 236 is a true and correct copy of a document bearing Bates numbers KROWW00383913 – KROWW00383913, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

238.     Attached hereto as Exhibit 237 is a true and correct copy of a document bearing Bates numbers KROWW00386716 – KROWW00386716, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

239.     Attached hereto as Exhibit 238 is a true and correct copy of a document bearing Bates numbers KROWW00460228 – KROWW00460228, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

240.     Attached hereto as Exhibit 239 a true and correct copy of document bearing Bates numbers KROWW00554284 – KROWW00554285, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

241.    Attached hereto as Exhibit 240 is a true and correct copy of a document bearing Bates numbers KROWW00555805 – KROWW00555807, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

242.    Attached hereto as Exhibit 241 is a true and correct copy of a document bearing Bates numbers KROWW00620560 – KROWW00620562, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

243.    Attached hereto as Exhibit 242 is a true and correct copy of a document bearing Bates numbers KROWW00640457 – KROWW00640461, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

244.    Attached hereto as Exhibit 243 is a true and correct copy of a document bearing Bates numbers KROWW00649610 – KROWW00649621, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

245.    Attached hereto as Exhibit 244 is a true and correct copy of a document bearing Bates numbers KROWW00689369 – KROWW00689369, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

246.    Attached hereto as Exhibit 245 is a true and correct copy of a document bearing Bates numbers KROWW00724420 – KROWW00724478, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

247.    Attached hereto as Exhibit 246 is a true and correct copy of a document bearing Bates numbers KROWW00724479 – KROWW00724554, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

248.    Attached hereto as Exhibit 247 is a true and correct copy of a document bearing Bates numbers KROWW00724555 – KROWW00724582, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

249.    Attached hereto as Exhibit 248 is a true and correct copy of a document bearing Bates numbers KROWW00724665 – KROWW00724758, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

250.    Attached hereto as Exhibit 249 is a true and correct copy of a document bearing Bates numbers KROWW00724759 – KROWW00724775, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

251.    Attached hereto as Exhibit 250 is a true and correct copy of a document bearing Bates numbers KROWW00724776 – KROWW00724812, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

252.    Attached hereto as Exhibit 251 is a true and correct copy of a document bearing Bates numbers KROWW00841417 – KROWW00841417, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

253.    Attached hereto as Exhibit 252 is a true and correct copy of a document identified as PX 92 Price Increase Chronology, which was produced in discovery in the Maryland Action.

254.    Attached hereto as Exhibit 253 is a true and correct copy of a document bearing Bates numbers MIC0005652 – MIC0005652, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

255.    Attached hereto as Exhibit 254 is a true and correct copy of a document bearing Bates numbers MIC0005777 – MIC0005777, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

256.    Attached hereto as Exhibit 255 is a true and correct copy of a document bearing Bates numbers MIC0006035 – MIC0006035, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

257.    Attached hereto as Exhibit 256 is a true and correct copy of a document bearing Bates numbers MIC0006043 – MIC0006044, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

258.    Attached hereto as Exhibit 257 is a true and correct copy of a document bearing Bates numbers MIC0006045 – MIC0006045, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

259.    Attached hereto as Exhibit 258 is a true and correct copy of a document bearing Bates numbers MIC0006047 – MIC0006047, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

260.    Attached hereto as Exhibit 259 is a true and correct copy of a document bearing Bates numbers MIC0006054 – MIC0006054, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

261.    Attached hereto as Exhibit 260 is a true and correct copy of a document bearing Bates numbers MIC0006059 – MIC0006060, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

262.    Attached hereto as Exhibit 261 is a true and correct copy of a document bearing Bates numbers MIC0006068 – MIC0006068, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

263.    Attached hereto as Exhibit 262 is a true and correct copy of a document bearing Bates numbers MIC0006072 – MIC0006072, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

264.    Attached hereto as Exhibit 263 is a true and correct copy of a document bearing Bates numbers MIC0006074 – MIC0006074, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

265.    Attached hereto as Exhibit 264 is a true and correct copy of a document bearing Bates numbers MIC0006078 – MIC0006078, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

266.    Attached hereto as Exhibit 265 is a true and correct copy of a document bearing Bates numbers MIC0006086 – MIC0006086, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

267.    Attached hereto as Exhibit 266 is a true and correct copy of a document bearing Bates numbers MIC0006087 – MIC0006087, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

268.    Attached hereto as Exhibit 267 is a true and correct copy of a document bearing Bates numbers MIC0006089 – MIC0006089, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

269.    Attached hereto as Exhibit 268 is a true and correct copy of a document bearing Bates numbers MIC0006092 – MIC0006092, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

270.    Attached hereto as Exhibit 269 is a true and correct copy of a document bearing Bates numbers MIC0006094 – MIC0006094, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

271.    Attached hereto as Exhibit 270 is a true and correct copy of a document bearing Bates numbers MIC0006097 – MIC0006098, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

272.    Attached hereto as Exhibit 271 is a true and correct copy of a document bearing Bates numbers MIC0006106 – MIC0006108, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

273.     Attached hereto as Exhibit 272 is a true and correct copy of a document bearing Bates numbers MIC0006116 – MIC0006116, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

274.     Attached hereto as Exhibit 273 is a true and correct copy of a document bearing Bates numbers MIC00071287 – MIC00071290, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

275.     Attached hereto as Exhibit 274 is a true and correct copy of a document bearing Bates numbers MIC00096498 – MIC00096498, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

276.     Attached hereto as Exhibit 275 is a true and correct copy of a document bearing Bates numbers MIC00123930 – MIC00123930, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

277.     Attached hereto as Exhibit 276 is a true and correct copy of a document bearing Bates numbers MIC0029145 – MIC0029148, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

278.     Attached hereto as Exhibit 277 is a true and correct copy of a document bearing Bates numbers MIC0029277 – MIC0029278, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

279.     Attached hereto as Exhibit 278 is a true and correct copy of a document bearing Bates numbers MIC0029356 – MIC0029356, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

280.     Attached hereto as Exhibit 279 is a true and correct copy of a document bearing Bates numbers MIC00669398 – MIC00669404, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

281.   Attached hereto as Exhibit 280 is a true and correct copy of a document bearing Bates numbers MIC00855281 – MIC00855285, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

282.   Attached hereto as Exhibit 281 is a true and correct copy of a document bearing Bates numbers MIC01047171 – MIC01047171, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

283.   Attached hereto as Exhibit 282 is a true and correct copy of a document bearing Bates numbers MIC01063717 – MIC01063717, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

284.   Attached hereto as Exhibit 283 is a true and correct copy of a document bearing Bates numbers MIC01087942 – MIC01087943, MIC01087949, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

285.   Attached hereto as Exhibit 284 is a true and correct copy of a document bearing Bates numbers MIC01329226 – MIC01329227, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

286.   Attached hereto as Exhibit 285 is a true and correct copy of a document bearing Bates numbers MIC01417411 – MIC01417413, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

287.   Attached hereto as Exhibit 286 is a true and correct copy of a document bearing Bates numbers MIC03646059 – MIC03646067, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

288.   Attached hereto as Exhibit 287 is a true and correct copy of a document bearing Bates numbers MIC05295804 – MIC05295804, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

289.    Attached hereto as Exhibit 288 is a true and correct copy of a document bearing Bates numbers VAL0000031 – VAL0000031, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

290.    Attached hereto as Exhibit 289 is a true and correct copy of a document bearing Bates numbers VAL0000775 – VAL0000926, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

291.    Attached hereto as Exhibit 290 is a true and correct copy of a document bearing Bates numbers VAL0001983 – VAL0002048, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

292.    Attached hereto as Exhibit 291 is a true and correct copy of a document bearing Bates numbers VAL0002420 – VAL0002427, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

293.    Attached hereto as Exhibit 292 is a true and correct copy of a document bearing Bates numbers VAL0079438 – VAL0079438_0002, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

294.    Attached hereto as Exhibit 293 is a true and correct copy of a document bearing Bates numbers VAL0098955 – VAL0098955, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

295.    Attached hereto as Exhibit 294 is a true and correct copy of a document bearing Bates numbers VAL0099593 – VAL0099593, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

296.    Attached hereto as Exhibit 295 is a true and correct copy of a document bearing Bates numbers VAL0099632 – VAL0099632, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

**Section F**

297.    Attached hereto as Exhibit 296 is a true and correct copy of a document bearing Bates numbers CIANFICHI00016872 – CIANFICHI00016874, CIANFICHI00016875 – CIANFICHI00016882, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

298.    Attached hereto as Exhibit 297 is a true and correct copy of a document bearing Bates numbers DUPTIO20096450 – DUPTIO20096453, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

299.    Attached hereto as Exhibit 298 is a true and correct copy of a document bearing Bates numbers DUPTIO20105809 – DUPTIO20105810, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

300.    Attached hereto as Exhibit 299 is a true and correct copy of a document bearing Bates numbers DUPTIO20108019 – DUPTIO20108023, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

301.    Attached hereto as Exhibit 300 is a true and correct copy of a document bearing Bates numbers DUPTIO20135806 – DUPTIO20135963, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

302.    Attached hereto as Exhibit 301 is a true and correct copy of a document bearing Bates numbers DUPTIO20136096 – DUPTIO20136119, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

303.    Attached hereto as Exhibit 302 is a true and correct copy of a document bearing Bates numbers DUPTIO20271831 – DUPTIO20271841, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

304.    Attached hereto as Exhibit 303 is a true and correct copy of a document bearing Bates numbers DUPTIO20307936 – DUPTIO20307936, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

305.    Attached hereto as Exhibit 304 is a true and correct copy of a document bearing Bates numbers DUPTIO20315881 – DUPTIO20315882, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

306.    Attached hereto as Exhibit 305 is a true and correct copy of a document bearing Bates numbers DUPTIO20393335 – DUPTIO20393335, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

307.    Attached hereto as Exhibit 306 is a true and correct copy of a document bearing Bates numbers DUPTIO20513961 – DUPTIO20513961, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

308.    Attached hereto as Exhibit 307 is a true and correct copy of a document bearing Bates numbers DUPTIO20517474 – DUPTIO20517497, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

309.    Attached hereto as Exhibit 308 is a true and correct copy of a document bearing Bates numbers DUPTIO20538165 – DUPTIO20538165, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

310.    Attached hereto as Exhibit 309 is a true and correct copy of a document bearing Bates numbers DUPTIO20558547 – DUPTIO20558550, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

311.    Attached hereto as Exhibit 310 is a true and correct copy of a document bearing Bates numbers DUPTIO20722047 – DUPTIO20722058, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

312.    Attached hereto as Exhibit 311 is a true and correct copy of a document bearing Bates numbers DUPTIO20842329, DUPTIO20842330 – DUPTIO20842449, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

313.    Attached hereto as Exhibit 312 is a true and correct copy of a document bearing Bates numbers DUPTIO20856469 – DUPTIO20856483, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

314.    Attached hereto as Exhibit 313 is a true and correct copy of a document bearing Bates numbers DUPTIO20858969 – DUPTIO20858972, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

315.    Attached hereto as Exhibit 314 is a true and correct copy of a document bearing Bates numbers DUPTIO20891064 – DUPTIO20891065, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

316.    Attached hereto as Exhibit 315 is a true and correct copy of a document bearing Bates numbers DUPTIO20898143 – DUPTIO20898147, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

317.    Attached hereto as Exhibit 316 is a true and correct copy of a document bearing Bates numbers DUPTIO20947084 – DUPTIO20947085, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

318.    Attached hereto as Exhibit 317 is a true and correct copy of a document bearing Bates numbers HILLC0000253683 – HILLC0000253685, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

319.   Attached hereto as Exhibit 318 is a true and correct copy of a document bearing Bates numbers HILLC000253681 – HILLC000253686, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

320.   Attached hereto as Exhibit 319 is a true and correct copy of a document bearing Bates numbers HILLC001094580 – HILLC001094581, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

321.   Attached hereto as Exhibit 320 is a true and correct copy of a document bearing Bates numbers HILLC001404977 – HILLC001404978, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

322.   Attached hereto as Exhibit 321 is a true and correct copy of a document bearing Bates numbers HILLC004517539 – HILLC004517540, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

323.   Attached hereto as Exhibit 322 is a true and correct copy of a document bearing Bates numbers HILLC004810563 – HILLC004810567, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

324.   Attached hereto as Exhibit 323 is a true and correct copy of a document bearing Bates numbers HILLC004899796 – HILLC004899817, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

325.   Attached hereto as Exhibit 324 is a true and correct copy of a document bearing Bates numbers HILLC005422863 – HILLC005422863, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

326.   Attached hereto as Exhibit 325 is a true and correct copy of a document bearing Bates numbers HILLC005923644 – HILLC005923644, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

327.    Attached hereto as Exhibit 326 is a true and correct copy of a document bearing Bates numbers HILLC006938428 – HILLC006938452, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

328.    Attached hereto as Exhibit 327 is a true and correct copy of a document bearing Bates numbers IBMA-Fisher 003090 – IBMA-Fisher 003128, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

329.    Attached hereto as Exhibit 328 is a true and correct copy of a document bearing Bates numbers IBMA-Fisher 012100 – IBMA-Fisher 012103, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

330.    Attached hereto as Exhibit 329 is a true and correct copy of a document bearing Bates numbers KROWW00136013 – KROWW00136014, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

331.    Attached hereto as Exhibit 330 is a true and correct copy of a document bearing Bates numbers KROWW00317058 – KROWW00317177, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

332.    Attached hereto as Exhibit 331 is a true and correct copy of a document bearing Bates numbers KROWW00467226 – KROWW00549913, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

333.    Attached hereto as Exhibit 332 is a true and correct copy of a document bearing Bates numbers KROWW00468439 – KROWW00468439, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

334.    Attached hereto as Exhibit 333 is a true and correct copy of a document bearing Bates numbers KROWW00636549 – KROWW00636549, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

335.    Attached hereto as Exhibit 334 is a true and correct copy of a document bearing Bates numbers KROWW00711092 – KROWW00711092, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

336.    Attached hereto as Exhibit 335 is a true and correct copy of a document bearing Bates numbers MIC00110710 – MIC00110712, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

337.    Attached hereto as Exhibit 336 is a true and correct copy of a document bearing Bates numbers MIC0026474 – MIC0026518, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

338.    Attached hereto as Exhibit 337 is a true and correct copy of a document bearing Bates numbers MIC0055809 – MIC0055815, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

339.    Attached hereto as Exhibit 338 is a true and correct copy of a document bearing Bates numbers MIC01048799 – MIC01048800, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

340.    Attached hereto as Exhibit 339 is a true and correct copy of a document bearing Bates numbers MIC01093841 – MIC01093841, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

341.    Attached hereto as Exhibit 340 is a true and correct copy of a document bearing Bates numbers MIC03318610 – MIC03318652, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

342.    Attached hereto as Exhibit 341 is a true and correct copy of a document bearing Bates numbers MIC03950819 – MIC03950821, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

343.    Attached hereto as Exhibit 342 is a true and correct copy of a document bearing Bates numbers MIC03951340 – MIC03951340, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

344.    Attached hereto as Exhibit 343 is a true and correct copy of a document bearing Bates numbers MIC04825586 – MIC04825590, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

345.    Attached hereto as Exhibit 344 is a true and correct copy of a document bearing Bates numbers MIC05195026 – MIC05195027, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

346.    Attached hereto as Exhibit 345 is a true and correct copy of a document bearing Bates numbers MIC05299410 – MIC05299410, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

347.    Attached hereto as Exhibit 346 is a true and correct copy of a document bearing Bates numbers MIC05321448 – MIC05321449, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

348.    Attached hereto as Exhibit 347 is a true and correct copy of a document bearing Bates numbers SEVERANCE-000158 – SEVERANCE-000181, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

349.    Attached hereto as Exhibit 348 is a true and correct copy of a document bearing Bates numbers VAL0001777 – VAL0001777, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

350.    Attached hereto as Exhibit 349 is a true and correct copy of a document bearing Bates numbers VAL0096420 – VAL0096420_0002, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

351.     Attached hereto as Exhibit 350 is a true and correct copy of a document bearing Bates numbers VAL0098764 – VAL0098764_0002, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

352.     Attached hereto as Exhibit 351 is a true and correct copy of a document bearing Bates numbers VAL0099019 – VAL0099019_0002, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

353.     Attached hereto as Exhibit 352 is a true and correct copy of the TiO2 Worldwide Update Year 2011, Vol.19, no.3 Upsurge in TiO2 Pigment Prices Evokes New Search for Economic & Efficient Extenders, dated August 15, 2011, which was marked as Deposition Exhibit 0022 at the Deposition of James R. Fisher taken on March 4, 2105, in the above-captioned action.

354.     Attached hereto as Exhibit 353 is a true and correct copy of the TiO2 Worldwide Update Year 2011, Vol.19, no.4 TiO2 Feedstock Prices How High is Up?, dated November 11, 2011, which was marked as Deposition Exhibit 0023 at the Deposition of James R. Fisher taken on March 4, 2105, in the above-captioned action.

355.     Attached hereto as Exhibit 354 is a true and correct copy of the TiO2 Worldwide Update Year 2012, Vol.20, no.1 Feedstock Suppliers are Still Having a Party but is the Party Nearly Over for Pigment Suppliers?, dated June 25, 2012, which was marked as Deposition Exhibit 0024 at the Deposition of James R. Fisher taken on March 4, 2105, in the above-captioned action.

**Section G**

356.     Attached hereto as Exhibit 355 is a true and correct copy of a document bearing Bates numbers CIANFICHI00017020 – CIANFICHI00017021, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

357.    Attached hereto as Exhibit 356 is a true and correct copy of a document bearing Bates numbers CIANFICHI00017203 – CIANFICHI00017208, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

358.    Attached hereto as Exhibit 357 is a true and correct copy of a document bearing Bates numbers CIANFICHI00028888 – CIANFICHI00028888, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

359.    Attached hereto as Exhibit 358 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00113407 – CRISTALUSAMN00113414, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

360.    Attached hereto as Exhibit 359 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00124573 – CRISTALUSAMN00124577, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

361.    Attached hereto as Exhibit 360 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00166684 – CRISTALUSAMN00166684, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

362.    Attached hereto as Exhibit 361 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00172302 – CRISTALUSAMN00172304, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

363.    Attached hereto as Exhibit 362 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00175505 – CRISTALUSAMN00175511, which was

produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

364.    Attached hereto as Exhibit 363 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00244858 – CRISTALUSAMN00244860, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

365.    Attached hereto as Exhibit 364 is a true and correct copy of a document bearing Bates numbers DUPTIO20094101 – DUPTIO20094103, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

366.    Attached hereto as Exhibit 365 is a true and correct copy of a document bearing Bates numbers DUPTIO20098232 – DUPTIO20098235, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

367.    Attached hereto as Exhibit 366 is a true and correct copy of a document bearing Bates numbers DUPTIO20098599 – DUPTIO20098600, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

368.    Attached hereto as Exhibit 367 is a true and correct copy of a document bearing Bates numbers DUPTIO20107152 – DUPTIO20107153, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

369.    Attached hereto as Exhibit 368 is a true and correct copy of a document bearing Bates numbers DUPTIO20144399 – DUPTIO20144399, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

370.    Attached hereto as Exhibit 369 is a true and correct copy of a document bearing Bates numbers DUPTIO20144557 – DUPTIO20144557, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

371.    Attached hereto as Exhibit 370 is a true and correct copy of a document bearing Bates numbers DUPTIO20151623 – DUPTIO20151623, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

372.    Attached hereto as Exhibit 371 is a true and correct copy of a document bearing Bates numbers DUPTIO20153129 – DUPTIO20153130, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

373.    Attached hereto as Exhibit 372 is a true and correct copy of a document bearing Bates numbers DUPTIO20153158 – DUPTIO20153162, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

374.    Attached hereto as Exhibit 373 is a true and correct copy of a document bearing Bates numbers DUPTIO20153173 – DUPTIO20153173, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

375.    Attached hereto as Exhibit 374 is a true and correct copy of a document bearing Bates numbers DUPTIO20162044 – DUPTIO20162044, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

376.    Attached hereto as Exhibit 375 is a true and correct copy of a document bearing Bates numbers DUPTIO20164456 – DUPTIO20164457, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

377.    Attached hereto as Exhibit 376 is a true and correct copy of a document bearing Bates numbers DUPTIO20177280 – DUPTIO20177280, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

378.    Attached hereto as Exhibit 377 is a true and correct copy of a document bearing Bates numbers DUPTIO20180283 – DUPTIO20180283, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

379.     Attached hereto as Exhibit 378 is a true and correct copy of a document bearing Bates numbers DUPTIO20217248 – DUPTIO20217248, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

380.     Attached hereto as Exhibit 379 is a true and correct copy of a document bearing Bates numbers DUPTIO20233146 – DUPTIO20233149, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

381.     Attached hereto as Exhibit 380 is a true and correct copy of a document bearing Bates numbers DUPTIO20310218 – DUPTIO20310219, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

382.     Attached hereto as Exhibit 381 is a true and correct copy of a document bearing Bates numbers DUPTIO20338770 – DUPTIO20338771, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

383.     Attached hereto as Exhibit 382 is a true and correct copy of a document bearing Bates numbers DUPTIO20434592 – DUPTIO20434615, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

384.     Attached hereto as Exhibit 383 is a true and correct copy of a document bearing Bates numbers DUPTIO20504793 – DUPTIO20504795, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

385.     Attached hereto as Exhibit 384 is a true and correct copy of a document bearing Bates numbers DUPTIO20845720 – DUPTIO20845720, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

386.     Attached hereto as Exhibit 385 is a true and correct copy of a document bearing Bates numbers DUPTIO20859256 – DUPTIO20859260, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

387.    Attached hereto as Exhibit 386 is a true and correct copy of a document bearing Bates numbers DUPTIO20866062 – DUPTIO20866063, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

388.    Attached hereto as Exhibit 387 is a true and correct copy of a document bearing Bates numbers DUPTIO20866208 – DUPTIO20866208, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

389.    Attached hereto as Exhibit 388 is a true and correct copy of a document bearing Bates numbers DUPTIO20904040 – DUPTIO20904041, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

390.    Attached hereto as Exhibit 389 is a true and correct copy of a document bearing Bates numbers HALEY 000738 – HALEY 000740, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

391.    Attached hereto as Exhibit 390 is a true and correct copy of a document bearing Bates numbers HALEY 001190 – HALEY 001190, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

392.    Attached hereto as Exhibit 391 is a true and correct copy of a document bearing Bates numbers HILLC001040467 – HILLC001040490, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

393.    Attached hereto as Exhibit 392 is a true and correct copy of a document bearing Bates numbers HILLC001079774 – HILLC001079774, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

394.    Attached hereto as Exhibit 393 is a true and correct copy of a document bearing Bates numbers HILLC001092830 – HILLC001092831, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

395.    Attached hereto as Exhibit 394 is a true and correct copy of a document bearing Bates numbers HILLC004013618 – HILLC004013628, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

396.    Attached hereto as Exhibit 395 is a true and correct copy of a document bearing Bates numbers HILLC004515405 – HILLC004515406, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

397.    Attached hereto as Exhibit 396 is a true and correct copy of a document bearing Bates numbers HILLC004539653 – HILLC004539653, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

398.    Attached hereto as Exhibit 397 is a true and correct copy of a document bearing Bates numbers HILLC004667978 – HILLC004667979, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

399.    Attached hereto as Exhibit 398 is a true and correct copy of a document bearing Bates numbers HILLC004754403 – HILLC004754411, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

400.    Attached hereto as Exhibit 399 is a true and correct copy of a document bearing Bates numbers HILLC004766970 – HILLC004766970, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

401.    Attached hereto as Exhibit 400 is a true and correct copy of a document bearing Bates numbers HILLC004767227 – HILLC004767237, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

402.    Attached hereto as Exhibit 401 is a true and correct copy of a document bearing Bates numbers HILLC005367905 – HILLC005367905, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

403.     Attached hereto as Exhibit 402 is a true and correct copy of a document bearing Bates numbers HILLC006008876 – HILLC006008876, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

404.     Attached hereto as Exhibit 403 is a true and correct copy of a document bearing Bates numbers IBMA-Fisher 017564 – IBMA-Fisher 017816, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

405.     Attached hereto as Exhibit 404 is a true and correct copy of a document bearing Bates numbers IHS 0290 – IHS 0291, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

406.     Attached hereto as Exhibit 405 is a true and correct copy of a document bearing Bates numbers KROWW00073407 – KROWW00073407, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

407.     Attached hereto as Exhibit 406 is a true and correct copy of a document bearing Bates numbers KROWW00095009 – KROWW00095025, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

408.     Attached hereto as Exhibit 407 is a true and correct copy of a document bearing Bates numbers KROWW00108840 – KROWW00108841, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

409.     Attached hereto as Exhibit 408 is a true and correct copy of a document bearing Bates numbers KROWW00110085 – KROWW00110102, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

410.     Attached hereto as Exhibit 409 is a true and correct copy of a document bearing Bates numbers KROWW00113738 – KROWW00113739, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

411.    Attached hereto as Exhibit 410 is a true and correct copy of a document bearing Bates numbers KROWW00121935 – KROWW00121935, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

412.    Attached hereto as Exhibit 411 is a true and correct copy of a document bearing Bates numbers KROWW00125136 – KROWW00125158, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

413.    Attached hereto as Exhibit 412 is a true and correct copy of a document bearing Bates numbers KROWW00134328 – KROWW00134329, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

414.    Attached hereto as Exhibit 413 is a true and correct copy of a document bearing Bates numbers KROWW00139317 – KROWW00139317, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

415.    Attached hereto as Exhibit 414 is a true and correct copy of a document bearing Bates numbers KROWW00152188 – KROWW00152188, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

416.    Attached hereto as Exhibit 415 is a true and correct copy of a document bearing Bates numbers KROWW00167168 – KROWW00167214, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

417.    Attached hereto as Exhibit 416 is a true and correct copy of a document bearing Bates numbers KROWW00167927 – KROWW00167927, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

418.    Attached hereto as Exhibit 417 is a true and correct copy of a document bearing Bates numbers KROWW00350032 – KROWW00350032, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

419.    Attached hereto as Exhibit 418 is a true and correct copy of a document bearing Bates numbers KROWW00525414 – KROWW00525415, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

420.    Attached hereto as Exhibit 419 is a true and correct copy of a document bearing Bates numbers KROWW00547609 – KROWW00547612, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

421.    Attached hereto as Exhibit 420 is a true and correct copy of a document bearing Bates numbers KROWW00548648 – KROWW00548651, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

422.    Attached hereto as Exhibit 421 is a true and correct copy of a document bearing Bates numbers MIC00073238 – MIC00073239, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

423.    Attached hereto as Exhibit 422 is a true and correct copy of a document bearing Bates numbers MIC00268673 – MIC00268673, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

424.    Attached hereto as Exhibit 423 is a true and correct copy of a document bearing Bates numbers MIC0029279 – MIC0029279, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

425.    Attached hereto as Exhibit 424 is a true and correct copy of a document bearing Bates numbers MIC0029315 – MIC0029316, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

426.    Attached hereto as Exhibit 425 is a true and correct copy of a document bearing Bates numbers MIC0055936 – MIC0055936, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

427.     Attached hereto as Exhibit 426 is a true and correct copy of a document bearing Bates numbers MIC01061624 – MIC01061624, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

428.     Attached hereto as Exhibit 427 is a true and correct copy of a document bearing Bates numbers MIC01384209 – MIC01384210, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

429.     Attached hereto as Exhibit 428 is a true and correct copy of a document bearing Bates numbers MIC01388169 – MIC01388169, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

430.     Attached hereto as Exhibit 429 is a true and correct copy of a document bearing Bates numbers MIC03499884 – MIC03499884, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

431.     Attached hereto as Exhibit 430 is a true and correct copy of a document bearing Bates numbers MIC03555371 – MIC03555371, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

432.     Attached hereto as Exhibit 431 is a true and correct copy of a document bearing Bates numbers MIC03567306 – MIC03567317, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

433.     Attached hereto as Exhibit 432 is a true and correct copy of a document bearing Bates numbers MIC03589240 – MIC03589244, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

434.     Attached hereto as Exhibit 433 is a true and correct copy of a document bearing Bates numbers MIC03599521 – MIC03599524, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

435.    Attached hereto as Exhibit 434 is a true and correct copy of a document bearing Bates numbers MIC03614889 – MIC03614889, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

436.    Attached hereto as Exhibit 435 is a true and correct copy of a document bearing Bates numbers MIC03780161 – MIC03780164, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

437.    Attached hereto as Exhibit 436 is a true and correct copy of a document bearing Bates numbers MIC04338770 – MIC04338770, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

438.    Attached hereto as Exhibit 437 is a true and correct copy of a document bearing Bates numbers MIC04719114 – MIC04719115, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

439.    Attached hereto as Exhibit 438 is a true and correct copy of a document bearing Bates numbers MIC04719114 – MIC04719121, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

440.    Attached hereto as Exhibit 439 is a true and correct copy of a document bearing Bates numbers MIC05385703 – MIC05385707, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

441.    Attached hereto as Exhibit 440 is a true and correct copy of a document bearing Bates numbers MIC05801188 – MIC05801188, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

442.    Attached hereto as Exhibit 441 is a true and correct copy of a document bearing Bates numbers MIC05806562 – MIC05806563, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

**Section H**

443.    Attached hereto as Exhibit 442 is a true and correct copy of a document bearing Bates numbers DUPTIO20109031 – DUPTIO20109031, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

444.    Attached hereto as Exhibit 443 is a true and correct copy of a document bearing Bates numbers DUPTIO20140346 – DUPTIO20140346, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

445.    Attached hereto as Exhibit 444 is a true and correct copy of a document bearing Bates numbers DUPTIO20148331 – DUPTIO20148333, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

446.    Attached hereto as Exhibit 445 is a true and correct copy of a document bearing Bates numbers DUPTIO20151624 – DUPTIO20151624, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

447.    Attached hereto as Exhibit 446 is a true and correct copy of a document bearing Bates numbers DUPTIO20157544 – DUPTIO20157544, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

448.    Attached hereto as Exhibit 447 is a true and correct copy of a document bearing Bates numbers DUPTIO20248097 – DUPTIO20248098, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

449.    Attached hereto as Exhibit 448 is a true and correct copy of a document bearing Bates numbers DUPTIO20248099 – DUPTIO20248099, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

450.     Attached hereto as Exhibit 449 is a true and correct copy of a document bearing Bates numbers DUPTIO20253260 – DUPTIO20253262, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

451.     Attached hereto as Exhibit 450 is a true and correct copy of a document bearing Bates numbers DUPTIO20335322 – DUPTIO20335324, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

452.     Attached hereto as Exhibit 451 is a true and correct copy of a document bearing Bates numbers DUPTIO20340799 – DUPTIO20340799, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

453.     Attached hereto as Exhibit 452 is a true and correct copy of a document bearing Bates numbers DUPTIO20346677 – DUPTIO20346678, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

454.     Attached hereto as Exhibit 453 is a true and correct copy of a document bearing Bates numbers DUPTIO20494201 – DUPTIO20494202, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

455.     Attached hereto as Exhibit 454 is a true and correct copy of a document bearing Bates numbers DUPTIO20566380 – DUPTIO20566381, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

456.     Attached hereto as Exhibit 455 is a true and correct copy of a document bearing Bates numbers DUPTIO20991800 – DUPTIO20991816, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

457.     Attached hereto as Exhibit 456 is a true and correct copy of a document bearing Bates numbers KROWW00143153 – KROWW00143154, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

458.   Attached hereto as Exhibit 457 is a true and correct copy of a document bearing Bates numbers KROWW00146912 – KROWW00146912, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

459.   Attached hereto as Exhibit 458 is a true and correct copy of a document bearing Bates numbers MIC0020050 – MIC0020051, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

460.   Attached hereto as Exhibit 459 is a true and correct copy of a document bearing Bates numbers MIC0020117 – MIC0020119, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

461.   Attached hereto as Exhibit 460 is a true and correct copy of a document bearing Bates numbers MIC0023005 – MIC0023005, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

462.   Attached hereto as Exhibit 461 is a true and correct copy of a document bearing Bates numbers MIC00231096 – MIC00231096, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

463.   Attached hereto as Exhibit 462 is a true and correct copy of a document bearing Bates numbers MIC0029175 – MIC0029176, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

464.   Attached hereto as Exhibit 463 is a true and correct copy of a document bearing Bates numbers MIC0055816 – MIC0055820, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

465.   Attached hereto as Exhibit 464 is a true and correct copy of a document bearing Bates numbers MIC01372581 – MIC01372581, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

466.    Attached hereto as Exhibit 465 is a true and correct copy of a document bearing Bates numbers MIC01382230 – MIC01382232, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

467.    Attached hereto as Exhibit 466 is a true and correct copy of a document bearing Bates numbers MIC01385218 – MIC01385218, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

468.    Attached hereto as Exhibit 467 is a true and correct copy of a document bearing Bates numbers MIC01387888 – MIC01387890, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

469.    Attached hereto as Exhibit 468 is a true and correct copy of a document bearing Bates numbers MIC02010786 – MIC02010786, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

470.    Attached hereto as Exhibit 469 a true and correct copy of document bearing Bates numbers MIC02021180 – MIC02021181, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

471.    Attached hereto as Exhibit 470 is a true and correct copy of a document bearing Bates numbers MIC03311851 – MIC03311851, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

472.    Attached hereto as Exhibit 471 is a true and correct copy of a document bearing Bates numbers MIC03965676 – MIC03965676, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

473.    Attached hereto as Exhibit 472 is a true and correct copy of a document bearing Bates numbers MIC04226738 – MIC04226739, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

474.    Attached hereto as Exhibit 473 is a true and correct copy of a document bearing Bates numbers MIC04853135 – MIC04853135, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

475.    Attached hereto as Exhibit 474 is a true and correct copy of a document bearing Bates numbers MIC05817384 – MIC05817424, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

476.    Attached hereto as Exhibit 475 is a true and correct copy of a document bearing Bates numbers MIC05860165 – MIC05860167, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

## Section I

477.    Attached hereto as Exhibit 476 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00341521 – CRISTALUSAMN00341532, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

478.    Attached hereto as Exhibit 477 is a true and correct copy of a document bearing Bates numbers DUPTIO20000081 – DUPTIO20000082, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

479.    Attached hereto as Exhibit 478 is a true and correct copy of a document bearing Bates numbers DUPTIO20024893 – DUPTIO20024897, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

480.    Attached hereto as Exhibit 479 is a true and correct copy of a document bearing Bates numbers DUPTIO20024898 – DUPTIO20024902, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

481.    Attached hereto as Exhibit 480 is a true and correct copy of a document bearing Bates numbers DUPTIO20037459 – DUPTIO20037464, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

482.    Attached hereto as Exhibit 481 is a true and correct copy of a document bearing Bates numbers DUPTIO20039094 – DUPTIO20039098, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

483.    Attached hereto as Exhibit 482 is a true and correct copy of a document bearing Bates numbers DUPTIO20039196 – DUPTIO20039196, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

484.    Attached hereto as Exhibit 483 is a true and correct copy of a document bearing Bates numbers DUPTIO20059734 – DUPTIO20059734, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

485.    Attached hereto as Exhibit 484 is a true and correct copy of a document bearing Bates numbers DUPTIO20096329 – DUPTIO20096330, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

486.    Attached hereto as Exhibit 485 is a true and correct copy of a document bearing Bates numbers DUPTIO20123766 – DUPTIO20124045, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

487.    Attached hereto as Exhibit 486 is a true and correct copy of a document bearing Bates numbers DUPTIO20233040 – DUPTIO20233040, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

488.    Attached hereto as Exhibit 487 is a true and correct copy of a document bearing Bates numbers DUPTIO20234921 – DUPTIO20234921, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

489.    Attached hereto as Exhibit 488 is a true and correct copy of a document bearing Bates numbers DUPTIO20248043 – DUPTIO20248043, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

490.    Attached hereto as Exhibit 489 is a true and correct copy of a document bearing Bates numbers DUPTIO20248091 – DUPTIO20248091, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

491.    Attached hereto as Exhibit 490 is a true and correct copy of a document bearing Bates numbers DUPTIO20248093 – DUPTIO20248095, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

492.    Attached hereto as Exhibit 491 is a true and correct copy of a document bearing Bates numbers DUPTIO20249092 – DUPTIO20249092, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

493.    Attached hereto as Exhibit 492 is a true and correct copy of a document bearing Bates numbers DUPTIO20249202 – DUPTIO20249204, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

494.    Attached hereto as Exhibit 493 is a true and correct copy of a document bearing Bates numbers DUPTIO20528861 – DUPTIO20528861, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

495.    Attached hereto as Exhibit 494 is a true and correct copy of a document bearing Bates numbers DUPTIO20528862 – DUPTIO20528864, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

496.    Attached hereto as Exhibit 495 is a true and correct copy of a document bearing Bates numbers DUPTIO20532393 – DUPTIO20532393, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

497.     Attached hereto as Exhibit 496 is a true and correct copy of a document bearing Bates numbers DUPTIO20532952 – DUPTIO20532953, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

498.     Attached hereto as Exhibit 497 is a true and correct copy of a document bearing Bates numbers DUPTIO20533450 – DUPTIO20533451, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

499.     Attached hereto as Exhibit 498 is a true and correct copy of a document bearing Bates numbers DUPTIO20533742 – DUPTIO20533743, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

500.     Attached hereto as Exhibit 499 is a true and correct copy of a document bearing Bates numbers DUPTIO20535060 – DUPTIO20535060, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

501.     Attached hereto as Exhibit 500 is a true and correct copy of a document bearing Bates numbers DUPTIO20535406, DUPTIO20536594, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

502.     Attached hereto as Exhibit 501 is a true and correct copy of a document bearing Bates numbers DUPTIO20536973 – DUPTIO20536976, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

503.     Attached hereto as Exhibit 502 is a true and correct copy of a document bearing Bates numbers DUPTIO20537514 – DUPTIO20537514, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

504.     Attached hereto as Exhibit 503 is a true and correct copy of a document bearing Bates numbers DUPTIO20568565 – DUPTIO20568575, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

505.    Attached hereto as Exhibit 504 is a true and correct copy of a document bearing Bates numbers DUPTIO20573800 – DUPTIO20573800, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

506.    Attached hereto as Exhibit 505 is a true and correct copy of a document bearing Bates numbers DUPTIO20573800 – DUPTIO20573800, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

507.    Attached hereto as Exhibit 506 is a true and correct copy of a document bearing Bates numbers DUPTIO20575603 – DUPTIO20575603, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

508.    Attached hereto as Exhibit 507 is a true and correct copy of a document bearing Bates numbers DUPTIO20628540 – DUPTIO20628541, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

509.    Attached hereto as Exhibit 508 is a true and correct copy of a document bearing Bates numbers DUPTIO20715129 – DUPTIO20715145, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

510.    Attached hereto as Exhibit 509 is a true and correct copy of a document bearing Bates numbers DUPTIO20890212 – DUPTIO20890212, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

511.    Attached hereto as Exhibit 510 is a true and correct copy of a document bearing Bates numbers DUPTIO20894535 – DUPTIO20894538, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

512.    Attached hereto as Exhibit 511 is a true and correct copy of a document bearing Bates numbers HILLC000235425 – HILLC000235440, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

513.     Attached hereto as Exhibit 512 is a true and correct copy of a document bearing Bates numbers HILLC000235427 – HILLC000235439, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

514.     Attached hereto as Exhibit 513 is a true and correct copy of a document bearing Bates numbers HILLC000493017 – HILLC000493978, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

515.     Attached hereto as Exhibit 514 is a true and correct copy of a document bearing Bates numbers HILLC000493259 – HILLC000493284, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

516.     Attached hereto as Exhibit 515 is a true and correct copy of a document bearing Bates numbers HILLC000587336 – HILLC000587467, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

517.     Attached hereto as Exhibit 516 is a true and correct copy of a document bearing Bates numbers HILLC001073466 – HILLC001073468, HILLC001073469 – HILLC001073472, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

518.     Attached hereto as Exhibit 517 is a true and correct copy of a document bearing Bates numbers HILLC001236528 – HILLC001236528, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

519.     Attached hereto as Exhibit 518 is a true and correct copy of a document bearing Bates numbers HILLC001245013 – HILLC001245016, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

520.     Attached hereto as Exhibit 519 is a true and correct copy of a document bearing Bates numbers HILLC001388882 – HILLC001388882, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

521.     Attached hereto as Exhibit 520 is a true and correct copy of a document bearing Bates numbers HILLC004202360 – HILLC004202423, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

522.     Attached hereto as Exhibit 521 is a true and correct copy of a document bearing Bates numbers HILLC004305915 – HILLC004305915, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

523.     Attached hereto as Exhibit 522 is a true and correct copy of a document bearing Bates numbers HILLC004306958 – HILLC004306958, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

524.     Attached hereto as Exhibit 523 is a true and correct copy of a document bearing Bates numbers HILLC004558441 – HILLC004558442, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

525.     Attached hereto as Exhibit 524 is a true and correct copy of a document bearing Bates numbers HILLC004558558 – HILLC004558558, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

526.     Attached hereto as Exhibit 525 is a true and correct copy of a document bearing Bates numbers HILLC004699913 – HILLC004699914, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

527.     Attached hereto as Exhibit 526 is a true and correct copy of a document bearing Bates numbers HILLC005249188 – HILLC005249188, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

528.    Attached hereto as Exhibit 527 is a true and correct copy of a document bearing Bates numbers HILLC005370868 – HILLC005370868, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

529.    Attached hereto as Exhibit 528 is a true and correct copy of a document bearing Bates numbers HILLC005726113 – HILLC005726115, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

530.    Attached hereto as Exhibit 529 is a true and correct copy of a document bearing Bates numbers HILLC005736352 – HILLC005736362, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

531.    Attached hereto as Exhibit 530 is a true and correct copy of a document bearing Bates numbers HILLC006732175 – HILLC006732176, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

532.    Attached hereto as Exhibit 531 is a true and correct copy of a document bearing Bates numbers HILLC006795483 – HILLC006795489, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

533.    Attached hereto as Exhibit 532 is a true and correct copy of a document bearing Bates numbers HILLC006801988 – HILLC006801990, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

534.    Attached hereto as Exhibit 533 is a true and correct copy of a document bearing Bates numbers HILLC006835866 – HILLC006835869, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

535.    Attached hereto as Exhibit 534 is a true and correct copy of a document bearing Bates numbers HILLC006836274 – HILLC006836276, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

536.   Attached hereto as Exhibit 535 is a true and correct copy of a document bearing Bates numbers HILLC006869987 – HILLC006869990, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

537.   Attached hereto as Exhibit 536 is a true and correct copy of a document bearing Bates numbers HILLC006930186 – HILLC006930186, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

538.   Attached hereto as Exhibit 537 is a true and correct copy of a document bearing Bates numbers KROWW00037053 – KROWW00037056, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

539.   Attached hereto as Exhibit 538 is a true and correct copy of a document bearing Bates number KROWW00057912, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

540.   Attached hereto as Exhibit 539 is a true and correct copy of a document bearing Bates number KROWW00057912_0001, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

541.   Attached hereto as Exhibit 540 is a true and correct copy of a document bearing Bates numbers KROWW00070853 – KROWW00070853, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

542.   Attached hereto as Exhibit 541 is a true and correct copy of a document bearing Bates numbers KROWW00079480 – KROWW00079482, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

543.   Attached hereto as Exhibit 542 is a true and correct copy of a document bearing Bates numbers KROWW00092383 – KROWW00092390, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

544.     Attached hereto as Exhibit 543 is a true and correct copy of a document bearing Bates numbers KROWW00098828 – KROWW00098829, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

545.     Attached hereto as Exhibit 544 is a true and correct copy of a document bearing Bates numbers KROWW00100520 – KROWW00100520, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

546.     Attached hereto as Exhibit 545 is a true and correct copy of a document bearing Bates numbers KROWW00102287 – KROWW00102288, KROWW00101842 – KROWW00101843, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

547.     Attached hereto as Exhibit 546 is a true and correct copy of a document bearing Bates numbers KROWW00107996 – KROWW00107998, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

548.     Attached hereto as Exhibit 547 is a true and correct copy of a document bearing Bates numbers KROWW00111082, KROWW00120356, KROWW00070871 – KROWW0070873, KROWW00121072 – KROWW00121073, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

549.     Attached hereto as Exhibit 548 is a true and correct copy of a document bearing Bates numbers KROWW00114123 – KROWW00114123, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

550.     Attached hereto as Exhibit 549 is a true and correct copy of a document bearing Bates numbers KROWW00174395 – KROWW00174396, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

551.    Attached hereto as Exhibit 550 is a true and correct copy of a document bearing Bates numbers KROWW00298745 – KROWW00298746, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

552.    Attached hereto as Exhibit 551 is a true and correct copy of a document bearing Bates numbers KROWW00298762 – KROWW00298763, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

553.    Attached hereto as Exhibit 552 is a true and correct copy of a document bearing Bates numbers KROWW00352306 – KROWW00352306, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

554.    Attached hereto as Exhibit 553 is a true and correct copy of a document bearing Bates numbers KROWW00470765 – KROWW00470765, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

555.    Attached hereto as Exhibit 554 is a true and correct copy of a document bearing Bates numbers KROWW00526685 – KROWW00526685, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

556.    Attached hereto as Exhibit 555 is a true and correct copy of a document bearing Bates numbers KROWW00667469 – KROWW00667469, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

557.    Attached hereto as Exhibit 556 is a true and correct copy of a document bearing Bates numbers KROWW00710367 – KROWW00710368, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

558.    Attached hereto as Exhibit 557 is a true and correct copy of a document bearing Bates numbers KROWW00712440 – KROWW00712440, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

559.    Attached hereto as Exhibit 558 is a true and correct copy of a document bearing Bates numbers MIC0005101 – MIC0005102, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

560.    Attached hereto as Exhibit 559 is a true and correct copy of a document bearing Bates numbers MIC00086926 – MIC00086926, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

561.    Attached hereto as Exhibit 560 is a true and correct copy of a document bearing Bates numbers MIC00086936 – MIC00086936, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

562.    Attached hereto as Exhibit 561 is a true and correct copy of a document bearing Bates numbers MIC00086949 – MIC00086949, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

563.    Attached hereto as Exhibit 562 is a true and correct copy of a document bearing Bates numbers MIC00086964 – MIC00086964, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

564.    Attached hereto as Exhibit 563 is a true and correct copy of a document bearing Bates numbers MIC00234931 – MIC00234934, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

565.    Attached hereto as Exhibit 564 is a true and correct copy of a document bearing Bates numbers MIC0026250 – MIC0026250, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

566.    Attached hereto as Exhibit 565 is a true and correct copy of a document bearing Bates numbers MIC0026251 – MIC0026252, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

567.    Attached hereto as Exhibit 566 is a true and correct copy of a document bearing Bates numbers MIC0026253 – MIC0026254, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

568.    Attached hereto as Exhibit 567 is a true and correct copy of a document bearing Bates numbers MIC02010867 – MIC02010867, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

569.    Attached hereto as Exhibit 568 is a true and correct copy of a document bearing Bates numbers MIC02146439 – MIC02146440, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

570.    Attached hereto as Exhibit 569 is a true and correct copy of a document bearing Bates numbers MIC02147713 – MIC02147715, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

571.    Attached hereto as Exhibit 570 is a true and correct copy of a document bearing Bates numbers MIC03184142 – MIC03184142, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

572.    Attached hereto as Exhibit 571 is a true and correct copy of a document bearing Bates numbers MIC03363084 – MIC03363085, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

573.    Attached hereto as Exhibit 572 is a true and correct copy of a document bearing Bates numbers MIC04338929 – MIC04338930, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

574.    Attached hereto as Exhibit 573 is a true and correct copy of a document bearing Bates numbers MIC04659961 – MIC04659967, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

575.     Attached hereto as Exhibit 574 is a true and correct copy of a document bearing Bates numbers MIC04824466 – MIC04824472, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

576.     Attached hereto as Exhibit 575 is a true and correct copy of a document bearing Bates numbers MIC05378439 – MIC05378443, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

577.     Attached hereto as Exhibit 576 is a true and correct copy of a document bearing Bates numbers MIC05835433 – MIC05835435, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

578.     Attached hereto as Exhibit 577 is a true and correct copy of a document bearing Bates numbers SA-000195 – SA-000196, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

579.     Attached hereto as Exhibit 578 is a true and correct copy of a document bearing Bates numbers SA-000072 – SA-000241, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

580.     Attached hereto as Exhibit 579 is a true and correct copy of a document bearing Bates numbers TRONOX 0000141 – TRONOX 0000142, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

**Section J**

581.     Attached hereto as Exhibit 580 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00139115 – CRISTALUSAMN00139117, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

582.     Attached hereto as Exhibit 581 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00172335 – CRISTALUSAMN00172338, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

583.     Attached hereto as Exhibit 582 is a true and correct copy of a document bearing Bates numbers DUPTIO20074456 – DUPTIO20074457, DUPTIO20074458 – DUPTIO20074488, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

584.     Attached hereto as Exhibit 583 is a true and correct copy of a document bearing Bates numbers DUPTIO20074743 – DUPTIO20074743, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

585.     Attached hereto as Exhibit 584 is a true and correct copy of a document bearing Bates numbers DUPTIO20172808 – DUPTIO20172808_0005, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

586.     Attached hereto as Exhibit 585 is a true and correct copy of a document bearing Bates numbers DUPTIO20253073 – DUPTIO20235076, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

587.     Attached hereto as Exhibit 586 is a true and correct copy of a document bearing Bates numbers DUPTIO20360700 – DUPTIO20360703, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

588.     Attached hereto as Exhibit 587 is a true and correct copy of a document bearing Bates numbers DUPTIO21000677 – DUPTIO21000679_0009, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

589.   Attached hereto as Exhibit 588 is a true and correct copy of a document bearing Bates numbers KROWW00704246 – KROWW00704247, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

590.   Attached hereto as Exhibit 589 is a true and correct copy of a document bearing Bates numbers MIC00814722 – MIC00814723, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

591.   Attached hereto as Exhibit 590 is a true and correct copy of a document bearing Bates numbers MIC01372366 – MIC01372367, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

592.   Attached hereto as Exhibit 591 is a true and correct copy of a document bearing Bates numbers TRONOX 0000082 – TRONOX 0000117, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

**Section K**

593.   Attached hereto as Exhibit 592 is a true and correct copy of a document bearing Bates numbers CIANFICHI00016623 – CIANFICHI00016629, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

594.   Attached hereto as Exhibit 593 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00175429 – CRISTALUSAMN00175437, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

595.   Attached hereto as Exhibit 594 is a true and correct copy of a document bearing Bates numbers DUPTIO20074439 – DUPTIO20074451, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

596.    Attached hereto as Exhibit 595 is a true and correct copy of a document bearing Bates numbers DUPTIO20152004 – DUPTIO20152034, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

597.    Attached hereto as Exhibit 596 is a true and correct copy of a document bearing Bates numbers DUPTIO20177061 – DUPTIO20177061, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

598.    Attached hereto as Exhibit 597 is a true and correct copy of a document bearing Bates numbers DUPTIO20236812 – DUPTIO20236829, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

599.    Attached hereto as Exhibit 598 is a true and correct copy of a document bearing Bates numbers DUPTIO20241088 – DUPTIO20241089, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

600.    Attached hereto as Exhibit 599 is a true and correct copy of a document bearing Bates numbers DUPTIO20243474 – DUPTIO20243474, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

601.    Attached hereto as Exhibit 600 is a true and correct copy of a document bearing Bates numbers DUPTIO20312011 – DUPTIO20312020, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

602.    Attached hereto as Exhibit 601 is a true and correct copy of a document bearing Bates numbers DUPTIO20360505 – DUPTIO20360515, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

603.    Attached hereto as Exhibit 602 is a true and correct copy of a document bearing Bates numbers DUPTIO20412925 – DUPTIO20412925, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

604.    Attached hereto as Exhibit 603 is a true and correct copy of a document bearing Bates numbers DUPTIO20433562 – DUPTIO20433564, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

605.    Attached hereto as Exhibit 604 is a true and correct copy of a document bearing Bates numbers DUPTIO20758261 – DUPTIO20758265, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

606.    Attached hereto as Exhibit 605 is a true and correct copy of a document bearing Bates numbers DUPTIO20862837 – DUPTIO20862837, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

607.    Attached hereto as Exhibit 606 is a true and correct copy of a document bearing Bates numbers HILLC004202359 – HILLC004202423, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

608.    Attached hereto as Exhibit 607 is a true and correct copy of a document bearing Bates numbers IBMA-Fisher 006543 – IBMA-Fisher 006552, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

609.    Attached hereto as Exhibit 608 is a true and correct copy of a document bearing Bates numbers IBMA-Fisher 006543 – IBMA-Fisher 006552, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

610.    Attached hereto as Exhibit 609 is a true and correct copy of a document bearing Bates numbers KROWW00008642 – KROWW00008642, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

611.    Attached hereto as Exhibit 610 is a true and correct copy of a document bearing Bates numbers KROWW00081142 – KROWW00081145, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

612.    Attached hereto as Exhibit 611 is a true and correct copy of a document bearing Bates numbers KROWW00395191 – KROWW00395194, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

613.    Attached hereto as Exhibit 612 is a true and correct copy of a document bearing Bates numbers KROWW00458650 – KROWW00458651, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

614.    Attached hereto as Exhibit 613 is a true and correct copy of a document bearing Bates numbers KROWW00700052 – KROWW00700053, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

615.    Attached hereto as Exhibit 614 is a true and correct copy of a document bearing Bates numbers KROWW00700087 – KROWW00700088, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

616.    Attached hereto as Exhibit 615 is a true and correct copy of a document identified as PX 107 Email with attachments Re: GLC in Upcoming Mag Articles, which was produced in discovery in the Maryland Action.

617.    Attached hereto as Exhibit 616 is a true and correct copy of a document bearing Bates numbers MIC0024250 – MIC0024261, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

618.    Attached hereto as Exhibit 617 is a true and correct copy of a document bearing Bates numbers MIC00251453 – MIC00251544, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

619.    Attached hereto as Exhibit 618 is a true and correct copy of a document bearing Bates numbers MIC01388174 – MIC01388174, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

620.    Attached hereto as Exhibit 619 is a true and correct copy of a document bearing Bates numbers MIC01483746 – MIC01483837, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

621.    Attached hereto as Exhibit 620 is a true and correct copy of a document bearing Bates numbers MIC01547365 – MIC01547365, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

622.    Attached hereto as Exhibit 621 is a true and correct copy of a document bearing Bates numbers MIC04080299 – MIC04080430, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

623.    Attached hereto as Exhibit 622 is a true and correct copy of a document bearing Bates numbers MIC04957451 – MIC04957643, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

624.    Attached hereto as Exhibit 623 is a true and correct copy of a document bearing Bates numbers MIC05813567 – MIC05813568, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

625.    Attached hereto as Exhibit 624 is a true and correct copy of a document bearing Bates numbers MIC05858908 – MIC05858913, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

**Section L**

626.    Attached hereto as Exhibit 625 is a true and correct copy of a document bearing Bates numbers HILLC004099742 – HILLC004099772, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

627.   Attached hereto as Exhibit 626 is a true and correct copy of a document bearing Bates numbers HILLC006710190 – HILLC006710190, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

628.   Attached hereto as Exhibit 627 is a true and correct copy of a document bearing Bates numbers IBMA-Fisher 001781 – IBMA-Fisher 001823, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

629.   Attached hereto as Exhibit 628 is a true and correct copy of a document bearing Bates numbers IBMA-Fisher 007795 – IBMA-Fisher 007795, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

630.   Attached hereto as Exhibit 629 is a true and correct copy of a document bearing Bates numbers IBMA-Fisher 009470 – IBMA-Fisher 009515, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

631.   Attached hereto as Exhibit 630 is a true and correct copy of a document bearing Bates numbers IBMA-Fisher 013419 – IBMA-Fisher 014008, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

632.   Attached hereto as Exhibit 631 is a true and correct copy of a document bearing Bates numbers KROWW00005015 – KROWW00005015, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

633.   Attached hereto as Exhibit 632 is a true and correct copy of a document bearing Bates numbers KROWW00300189 – KROWW00300212, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

634.   Attached hereto as Exhibit 633 is a true and correct copy of a document bearing Bates numbers MIC00073632 – MIC00073658, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

635.    Attached hereto as Exhibit 634 is a true and correct copy of a document bearing Bates numbers MIC0056144 – MIC0056145, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

636.    Attached hereto as Exhibit 635 is a true and correct copy of a document bearing Bates numbers MIC03160226 – MIC03160261, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

637.    Attached hereto as Exhibit 636 is a true and correct copy of a document bearing Bates numbers MIC03539511 – MIC03539518, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

638.    Attached hereto as Exhibit 637 is a true and correct copy of a document bearing Bates numbers MIC04082828 – MIC04083023, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

**Section M**

639.    Attached hereto as Exhibit 638 is a true and correct copy of a document bearing Bates numbers CIANFICHI00004927 – CIANFICHI00004935, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

640.    Attached hereto as Exhibit 639 is a true and correct copy of a document bearing Bates numbers CIANFICHI00015606 – CIANFICHI00015667, CIANFICHI00015670 – CIANFICHI00015727, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

641.    Attached hereto as Exhibit 640 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00114161 – CRISTALUSAMN00114165, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

642.    Attached hereto as Exhibit 641 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00160038 – CRISTALUSAMN00160038, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

643.    Attached hereto as Exhibit 642 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00194197 – CRISTALUSAMN00194199, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

644.    Attached hereto as Exhibit 643 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00225322 – CRISTALUSAMN00225323, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

645.    Attached hereto as Exhibit 644 is a true and correct copy of a document bearing Bates numbers DUPTIO20074769 – DUPTIO20074770, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

646.    Attached hereto as Exhibit 645 is a true and correct copy of a document bearing Bates numbers DUPTIO20095065 – DUPTIO20095067, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

647.    Attached hereto as Exhibit 646 is a true and correct copy of a document bearing Bates numbers DUPTIO20099356 – DUPTIO20099358, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

648.    Attached hereto as Exhibit 647 is a true and correct copy of a document bearing Bates numbers DUPTIO20156605 – DUPTIO20156605, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

649.   Attached hereto as Exhibit 648 is a true and correct copy of a document bearing Bates numbers DUPTIO20156775 – DUPTIO20156790, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

650.   Attached hereto as Exhibit 649 is a true and correct copy of a document bearing Bates numbers DUPTIO20157704 – DUPTIO20157709, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

651.   Attached hereto as Exhibit 650 is a true and correct copy of a document bearing Bates numbers DUPTIO20158286 – DUPTIO20158286, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

652.   Attached hereto as Exhibit 651 is a true and correct copy of a document bearing Bates numbers DUPTIO20161961 – DUPTIO20161976, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

653.   Attached hereto as Exhibit 652 is a true and correct copy of a document bearing Bates numbers DUPTIO20164580 – DUPTIO20164590, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

654.   Attached hereto as Exhibit 653 is a true and correct copy of a document bearing Bates numbers DUPTIO20197249 – DUPTIO20197249, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

655.   Attached hereto as Exhibit 654 is a true and correct copy of a document bearing Bates numbers DUPTIO20199850 – DUPTIO20199851, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

656.   Attached hereto as Exhibit 655 is a true and correct copy of a document bearing Bates numbers DUPTIO20216866 – DUPTIO20216867, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

657.    Attached hereto as Exhibit 656 is a true and correct copy of a document bearing Bates numbers DUPTIO20235073 – DUPTIO20235076, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

658.    Attached hereto as Exhibit 657 is a true and correct copy of a document bearing Bates numbers DUPTIO20249194 – DUPTIO20249196, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

659.    Attached hereto as Exhibit 658 is a true and correct copy of a document bearing Bates numbers DUPTIO20249197 – DUPTIO20249198, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

660.    Attached hereto as Exhibit 659 is a true and correct copy of a document bearing Bates numbers DUPTIO20249709 – DUPTIO20249710, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

661.    Attached hereto as Exhibit 660 is a true and correct copy of a document bearing Bates numbers DUPTIO20325206 – DUPTIO20325207, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

662.    Attached hereto as Exhibit 661 is a true and correct copy of a document bearing Bates numbers DUPTIO20342673 – DUPTIO20342675, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

663.    Attached hereto as Exhibit 662 is a true and correct copy of a document bearing Bates numbers DUPTIO20396559 – DUPTIO20396562, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

664.    Attached hereto as Exhibit 663 is a true and correct copy of a document bearing Bates numbers DUPTIO20426266 – DUPTIO20426285, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

665.    Attached hereto as Exhibit 664 is a true and correct copy of a document bearing Bates numbers DUPTIO20462893 – DUPTIO20462896, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

666.    Attached hereto as Exhibit 665 is a true and correct copy of a document bearing Bates numbers DUPTIO20550299 – DUPTIO20550302, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

667.    Attached hereto as Exhibit 666 is a true and correct copy of a document bearing Bates numbers DUPTIO20575374 – DUPTIO20575375, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

668.    Attached hereto as Exhibit 667 is a true and correct copy of a document bearing Bates numbers DUPTIO20678775 – DUPTIO20678777, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

669.    Attached hereto as Exhibit 668 is a true and correct copy of a document bearing Bates numbers DUPTIO20694549 – DUPTIO20694570, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

670.    Attached hereto as Exhibit 669 is a true and correct copy of a document bearing Bates numbers DUPTIO20851738 – DUPTIO20851739, DUPTIO20851740 – DUPTIO20851741, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

671.    Attached hereto as Exhibit 670 is a true and correct copy of a document bearing Bates numbers DUPTIO20873806 – DUPTIO20873822, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

672.     Attached hereto as Exhibit 671 is a true and correct copy of a document bearing Bates numbers DUPTIO20898133 – DUPTIO20898137, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

673.     Attached hereto as Exhibit 672 is a true and correct copy of a document bearing Bates numbers DUPTIO20898238 – DUPTIO20898238, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

674.     Attached hereto as Exhibit 673 is a true and correct copy of a document bearing Bates numbers HILL000851738 – HILL000851738, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

675.     Attached hereto as Exhibit 674 is a true and correct copy of a document bearing Bates numbers HILLC004687353 – HILLC004687353, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

676.     Attached hereto as Exhibit 675 is a true and correct copy of a document bearing Bates numbers HILLC004752277 – HILLC004752281, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

677.     Attached hereto as Exhibit 676 is a true and correct copy of a document bearing Bates numbers HILLC005367936 – HILLC005367937, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

678.     Attached hereto as Exhibit 677 is a true and correct copy of a document bearing Bates numbers HILLC005400822 – HILLC005400839, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

679.     Attached hereto as Exhibit 678 is a true and correct copy of a document bearing Bates numbers HILLC006005282 – HILLC006005283, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

680.    Attached hereto as Exhibit 679 is a true and correct copy of a document bearing Bates numbers HILLC006063310 – HILLC006063311, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

681.    Attached hereto as Exhibit 680 is a true and correct copy of a document bearing Bates numbers HILLC006732775 – HILLC006732775, HILLC006732776 – HILLC006732796, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

682.    Attached hereto as Exhibit 681 is a true and correct copy of a document bearing Bates numbers KROWW00077273 – KROWW00077276, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

683.    Attached hereto as Exhibit 682 is a true and correct copy of a document bearing Bates numbers KROWW00110711 – KROWW00110713, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

684.    Attached hereto as Exhibit 683 is a true and correct copy of a document bearing Bates numbers KROWW00112524 – KROWW00112531, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

685.    Attached hereto as Exhibit 684 is a true and correct copy of a document bearing Bates numbers KROWW00122270 – KROWW00122277, KROWW00690471 – KROWW00690479, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

686.    Attached hereto as Exhibit 685 is a true and correct copy of a document bearing Bates numbers KROWW00122279 – KROWW00122287, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

687.     Attached hereto as Exhibit 686 is a true and correct copy of a document bearing Bates numbers KROWW00130262 – KROWW00130263_0009, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

688.     Attached hereto as Exhibit 687 is a true and correct copy of a document bearing Bates numbers KROWW00159498 – KROWW00159499, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

689.     Attached hereto as Exhibit 688 is a true and correct copy of a document bearing Bates numbers KROWW00165909 – KROWW00165914, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

690.     Attached hereto as Exhibit 689 is a true and correct copy of a document bearing Bates numbers KROWW00167154 – KROWW00167154, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

691.     Attached hereto as Exhibit 690 is a true and correct copy of a document bearing Bates numbers KROWW00240223 – KROWW00240226_0004, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

692.     Attached hereto as Exhibit 691 is a true and correct copy of a document bearing Bates numbers KROWW00684575 – KROWW00684575, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

693.     Attached hereto as Exhibit 692 is a true and correct copy of a document bearing Bates numbers KROWW00755669 – KROWW00755669, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

694.     Attached hereto as Exhibit 693 is a true and correct copy of a document bearing Bates numbers KROWW00834585 – KROWW00834586_0003, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

695.     Attached hereto as Exhibit 694 is a true and correct copy of a document bearing Bates numbers KROWW00844866 – KROWW00844867_0003, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

696.     Attached hereto as Exhibit 695 is a true and correct copy of a document bearing Bates numbers MIC00056009 – MIC00056010, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

697.     Attached hereto as Exhibit 696 is a true and correct copy of a document bearing Bates numbers MIC00062254 – MIC00052262, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

698.     Attached hereto as Exhibit 697 is a true and correct copy of a document bearing Bates numbers MIC00062312 – MIC00062317, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

699.     Attached hereto as Exhibit 698 is a true and correct copy of a document bearing Bates numbers MIC00145044 – MIC00145049, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

700.     Attached hereto as Exhibit 699 is a true and correct copy of a document bearing Bates numbers MIC00146505 – MIC00146523, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

701.     Attached hereto as Exhibit 700 is a true and correct copy of a document bearing Bates numbers MIC0020039 – MIC0020040, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

702.     Attached hereto as Exhibit 701 is a true and correct copy of a document bearing Bates numbers MIC0020226 – MIC0020234, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

703.   Attached hereto as Exhibit 702 is a true and correct copy of a document bearing Bates numbers MIC0020235 – MIC0020241, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

704.   Attached hereto as Exhibit 703 is a true and correct copy of a document bearing Bates numbers MIC0020736 – MIC0020742, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

705.   Attached hereto as Exhibit 704 is a true and correct copy of a document bearing Bates numbers MIC0023744 – MIC0023745, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

706.   Attached hereto as Exhibit 705 is a true and correct copy of a document bearing Bates numbers MIC0024752 – MIC0024753, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

707.   Attached hereto as Exhibit 706 is a true and correct copy of a document bearing Bates numbers MIC0024784 – MIC0024789, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

708.   Attached hereto as Exhibit 707 is a true and correct copy of a document bearing Bates numbers MIC0024868 – MIC0024870, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

709.   Attached hereto as Exhibit 708 is a true and correct copy of a document bearing Bates numbers MIC0024889 – MIC0024890, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

710.   Attached hereto as Exhibit 709 is a true and correct copy of a document bearing Bates numbers MIC0024892 – MIC0024895, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

711.    Attached hereto as Exhibit 710 is a true and correct copy of a document bearing Bates numbers MIC0025294 – MIC0025295, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

712.    Attached hereto as Exhibit 711 is a true and correct copy of a document bearing Bates numbers MIC0025351 – MIC0025355, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

713.    Attached hereto as Exhibit 712 is a true and correct copy of a document bearing Bates numbers MIC0025548 – MIC0025558, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

714.    Attached hereto as Exhibit 713 is a true and correct copy of a document bearing Bates numbers MIC0025623 – MIC0025624, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

715.    Attached hereto as Exhibit 714 is a true and correct copy of a document bearing Bates numbers MIC0025676 – MIC0025679, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

716.    Attached hereto as Exhibit 715 is a true and correct copy of a document bearing Bates numbers MIC0025682 – MIC0025683, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

717.    Attached hereto as Exhibit 716 is a true and correct copy of a document bearing Bates numbers MIC0025704 – MIC0025706, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

718.    Attached hereto as Exhibit 717 is a true and correct copy of a document bearing Bates numbers MIC00487105 – MIC00487105, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

719.    Attached hereto as Exhibit 718 is a true and correct copy of a document bearing Bates numbers MIC0055952 – MIC0055954, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

720.    Attached hereto as Exhibit 719 is a true and correct copy of a document bearing Bates numbers MIC0056325 – MIC0056326, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

721.    Attached hereto as Exhibit 720 is a true and correct copy of a document bearing Bates number MIC00832454, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

722.    Attached hereto as Exhibit 721 is a true and correct copy of a document bearing Bates numbers MIC01114112 – MIC01114119, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

723.    Attached hereto as Exhibit 722 is a true and correct copy of a document bearing Bates numbers MIC01140263 – MIC01140272, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

724.    Attached hereto as Exhibit 723 is a true and correct copy of a document bearing Bates numbers MIC01187507 – MIC01187547, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

725.    Attached hereto as Exhibit 724 is a true and correct copy of a document bearing Bates numbers MIC01187507 – MIC01187547, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

726.    Attached hereto as Exhibit 725 is a true and correct copy of a document bearing Bates numbers MIC01362908 – MIC01362909, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

727.    Attached hereto as Exhibit 726 is a true and correct copy of a document bearing Bates numbers MIC01368233 – MIC01368237, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

728.    Attached hereto as Exhibit 727 is a true and correct copy of a document bearing Bates numbers MIC01370763 – MIC01370810, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

729.    Attached hereto as Exhibit 728 is a true and correct copy of a document bearing Bates numbers MIC01537812 – MIC01537813, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

730.    Attached hereto as Exhibit 729 is a true and correct copy of a document bearing Bates numbers MIC01792846 – MIC01792919, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

731.    Attached hereto as Exhibit 730 is a true and correct copy of a document bearing Bates numbers MIC03162338 – MIC03162366, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

732.    Attached hereto as Exhibit 731 is a true and correct copy of a document bearing Bates numbers MIC03168600 – MIC03168605, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

733.    Attached hereto as Exhibit 732 is a true and correct copy of a document bearing Bates numbers MIC03176568 – MIC03176575, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

734.    Attached hereto as Exhibit 733 is a true and correct copy of a document bearing Bates numbers MIC03226756 – MIC03226757, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

735.    Attached hereto as Exhibit 734 is a true and correct copy of a document bearing Bates numbers MIC03253567 – MIC03253575, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

736.    Attached hereto as Exhibit 735 is a true and correct copy of a document bearing Bates numbers MIC03262971 – MIC03262972, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

737.    Attached hereto as Exhibit 736 is a true and correct copy of a document bearing Bates numbers MIC03280785 – MIC03280785, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

738.    Attached hereto as Exhibit 737 is a true and correct copy of a document bearing Bates numbers MIC03959290 – MIC03959290, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

739.    Attached hereto as Exhibit 738 is a true and correct copy of a document bearing Bates numbers MIC03961147 – MIC03961148, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

740.    Attached hereto as Exhibit 739 is a true and correct copy of a document bearing Bates numbers MIC04340059 – MIC04340060, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

741.    Attached hereto as Exhibit 740 is a true and correct copy of a document bearing Bates numbers MIC04340562 – MIC04340562, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

742.    Attached hereto as Exhibit 741 is a true and correct copy of a document bearing Bates numbers MIC04557998 – MIC04558089, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

743.    Attached hereto as Exhibit 742 is a true and correct copy of a document bearing Bates numbers MIC04698595 – MIC04698596, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

744.    Attached hereto as Exhibit 743 is a true and correct copy of a document bearing Bates numbers MIC04980497 – MIC04980499, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

745.    Attached hereto as Exhibit 744 is a true and correct copy of a document bearing Bates numbers MIC05384997 – MIC05385002, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

746.    Attached hereto as Exhibit 745 is a true and correct copy of a document bearing Bates numbers MIC05690832 – MIC05690836, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

747.    Attached hereto as Exhibit 746 is a true and correct copy of a document bearing Bates numbers MIC05771277 – MIC05771280, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

748.    Attached hereto as Exhibit 747 is a true and correct copy of a document bearing Bates numbers MIC05835375 – MIC05835377, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

**Section N**

749.    Attached hereto as Exhibit 748 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00175382 – CRISTALUSAMN00175384, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

750.    Attached hereto as Exhibit 749 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00235846 – CRISTALUSAMN00235847, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

751.    Attached hereto as Exhibit 750 is a true and correct copy of a document bearing Bates numbers DUPTIO20015539 – DUPTIO20015539, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

752.    Attached hereto as Exhibit 751 is a true and correct copy of a document bearing Bates numbers DUPTIO20094131 – DUPTIO20094132, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

753.    Attached hereto as Exhibit 752 is a true and correct copy of a document bearing Bates numbers DUPTIO20098155 – DUPTIO20098158, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

754.    Attached hereto as Exhibit 753 is a true and correct copy of a document bearing Bates numbers DUPTIO20098245 – DUPTIO20098246, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

755.    Attached hereto as Exhibit 754 is a true and correct copy of a document bearing Bates numbers DUPTIO20103893 – DUPTIO20103894, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

756.    Attached hereto as Exhibit 755 is a true and correct copy of a document bearing Bates numbers DUPTIO20104885 – DUPTIO20104887, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

757.   Attached hereto as Exhibit 756 is a true and correct copy of a document bearing Bates numbers DUPTIO20106312 – DUPTIO20106315, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

758.   Attached hereto as Exhibit 757 is a true and correct copy of a document bearing Bates numbers DUPTIO20107094 – DUPTIO20107094, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

759.   Attached hereto as Exhibit 758 is a true and correct copy of a document bearing Bates numbers DUPTIO20107548 – DUPTIO20107550, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

760.   Attached hereto as Exhibit 759 is a true and correct copy of a document bearing Bates numbers DUPTIO20107869 – DUPTIO20107870, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

761.   Attached hereto as Exhibit 760 is a true and correct copy of a document bearing Bates numbers DUPTIO20107874 – DUPTIO20107876, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

762.   Attached hereto as Exhibit 761 is a true and correct copy of a document bearing Bates numbers DUPTIO20107972 – DUPTIO20107973, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

763.   Attached hereto as Exhibit 762 is a true and correct copy of a document bearing Bates numbers DUPTIO20148929 – DUPTIO20148945, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

764.   Attached hereto as Exhibit 763 is a true and correct copy of a document bearing Bates numbers DUPTIO20164945 – DUPTIO20164945, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

765.    Attached hereto as Exhibit 764 is a true and correct copy of a document bearing Bates numbers DUPTIO20169732 – DUPTIO20169756, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

766.    Attached hereto as Exhibit 765 is a true and correct copy of a document bearing Bates numbers DUPTIO20253169 – DUPTIO20253178, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

767.    Attached hereto as Exhibit 766 is a true and correct copy of a document bearing Bates numbers DUPTIO20322123 – DUPTIO20322124, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

768.    Attached hereto as Exhibit 767 is a true and correct copy of a document bearing Bates numbers DUPTIO20400381 – DUPTIO20400382, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

769.    Attached hereto as Exhibit 768 is a true and correct copy of a document bearing Bates numbers DUPTIO20402461 – DUPTIO20402461, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

770.    Attached hereto as Exhibit 769 is a true and correct copy of a document bearing Bates numbers DUPTIO20427327 – DUPTIO20427331, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

771.    Attached hereto as Exhibit 770 is a true and correct copy of a document bearing Bates numbers DUPTIO20533603 – DUPTIO20533607, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

772.    Attached hereto as Exhibit 771 is a true and correct copy of a document bearing Bates numbers DUPTIO20554430 – DUPTIO20554431, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

773.   Attached hereto as Exhibit 772 is a true and correct copy of a document bearing Bates numbers DUPTIO20678043 – DUPTIO20678046, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

774.   Attached hereto as Exhibit 773 is a true and correct copy of a document bearing Bates numbers DUPTIO20861485 – DUPTIO20861485, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

775.   Attached hereto as Exhibit 774 is a true and correct copy of a document bearing Bates numbers DUPTIO20891066 – DUPTIO20891067, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

776.   Attached hereto as Exhibit 775 is a true and correct copy of a document bearing Bates numbers DUPTIO20893486 – DUPTIO20893487, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

777.   Attached hereto as Exhibit 776 is a true and correct copy of a document bearing Bates numbers DUPTIO20893680, DUPTIO20893683 – DUPTIO20893687, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

778.   Attached hereto as Exhibit 777 is a true and correct copy of a document bearing Bates numbers DUPTIO20895134 – DUPTIO20895135, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

779.   Attached hereto as Exhibit 778 is a true and correct copy of a document bearing Bates numbers DUPTIO20898050 – DUPTIO20898052, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

780.    Attached hereto as Exhibit 779 is a true and correct copy of a document bearing Bates numbers DUPTIO20899076 – DUPTIO20899078, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

781.    Attached hereto as Exhibit 780 is a true and correct copy of a document bearing Bates numbers DUPTIO21025812 – DUPTIO21025814, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

782.    Attached hereto as Exhibit 781 is a true and correct copy of a document bearing Bates numbers HILLC000104975 – HILLC000104994, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

783.    Attached hereto as Exhibit 782 is a true and correct copy of a document bearing Bates numbers HILLC000104977 – HILLC000104994, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

784.    Attached hereto as Exhibit 783 is a true and correct copy of a document bearing Bates numbers HILLC001079709 – HILLC001079711, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

785.    Attached hereto as Exhibit 784 is a true and correct copy of a document bearing Bates numbers HILLC001085996 – HILLC001085997, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

786.    Attached hereto as Exhibit 785 is a true and correct copy of a document bearing Bates numbers HILLC006009046 – HILLC006009046, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

787.    Attached hereto as Exhibit 786 is a true and correct copy of a document bearing Bates numbers IBMA-Fisher 002222 – IBMA-Fisher 002271, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

788.     Attached hereto as Exhibit 787 is a true and correct copy of a document bearing Bates numbers IBMA-Fisher 009180 – IBMA-Fisher 009182, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

789.     Attached hereto as Exhibit 788 is a true and correct copy of a document bearing Bates numbers IBMA-Fisher 016141 – IBMA-Fisher 016169, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

790.     Attached hereto as Exhibit 789 is a true and correct copy of a document bearing Bates numbers KROWW00089083 – KROWW00089084, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

791.     Attached hereto as Exhibit 790 is a true and correct copy of a document bearing Bates numbers KROWW00094023 – KROWW00094023, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

792.     Attached hereto as Exhibit 791 is a true and correct copy of a document bearing Bates numbers KROWW00095412 – KROWW00095415, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

793.     Attached hereto as Exhibit 792 is a true and correct copy of a document bearing Bates numbers KROWW00122065 – KROWW00122066, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

794.     Attached hereto as Exhibit 793 is a true and correct copy of a document bearing Bates numbers KROWW00146789 – KROWW00146792_0002, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

795.     Attached hereto as Exhibit 794 is a true and correct copy of a document bearing Bates numbers KROWW00164273 – KROWW00164276, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

796.    Attached hereto as Exhibit 795 is a true and correct copy of a document bearing Bates numbers KROWW00459588 – KROWW00459589, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

797.    Attached hereto as Exhibit 796 is a true and correct copy of a document bearing Bates numbers KROWW00649748 – KROWW00649748, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

798.    Attached hereto as Exhibit 797 is a true and correct copy of a document bearing Bates numbers KROWW00684661 – KROWW00684662, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

799.    Attached hereto as Exhibit 798 is a true and correct copy of a document bearing Bates numbers KROWW00690646 – KROWW00690656, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

800.    Attached hereto as Exhibit 799 is a true and correct copy of a document bearing Bates numbers KROWW00754715 – KROWW00754812, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

801.    Attached hereto as Exhibit 800 is a true and correct copy of a document bearing Bates numbers MIC00085871 – MIC00085889, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

802.    Attached hereto as Exhibit 801 is a true and correct copy of a document bearing Bates numbers MIC0009180 – MIC0009183, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

803.    Attached hereto as Exhibit 802 is a true and correct copy of a document bearing Bates numbers MIC00100108 – MIC00100110, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

804.    Attached hereto as Exhibit 803 is a true and correct copy of a document bearing Bates numbers MIC00100631 – MIC00100631, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

805.    Attached hereto as Exhibit 804 is a true and correct copy of a document bearing Bates numbers MIC00261982 – MIC00261982, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

806.    Attached hereto as Exhibit 805 is a true and correct copy of a document bearing Bates numbers MIC0029251 – MIC0029251, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

807.    Attached hereto as Exhibit 806 is a true and correct copy of a document bearing Bates numbers MIC0054567 – MIC0054598, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

808.    Attached hereto as Exhibit 807 is a true and correct copy of a document bearing Bates numbers MIC00656787 – MIC00656787, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

809.    Attached hereto as Exhibit 808 is a true and correct copy of a document bearing Bates numbers MIC01045387 – MIC01045388, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

810.    Attached hereto as Exhibit 809 is a true and correct copy of a document bearing Bates numbers MIC01045479 – MIC01045480, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

811.    Attached hereto as Exhibit 810 is a true and correct copy of a document bearing Bates numbers MIC01045586 – MIC01045586, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

812.    Attached hereto as Exhibit 811 is a true and correct copy of a document bearing Bates numbers MIC01047430 – MIC01047430, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

813.    Attached hereto as Exhibit 812 is a true and correct copy of a document bearing Bates numbers MIC01056435 – MIC01056437, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

814.    Attached hereto as Exhibit 813 is a true and correct copy of a document bearing Bates numbers MIC01061604 – MIC01061604, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

815.    Attached hereto as Exhibit 814 is a true and correct copy of a document bearing Bates numbers MIC01087990 – MIC01087990, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

816.    Attached hereto as Exhibit 815 is a true and correct copy of a document bearing Bates numbers MIC01263277 – MIC01263277, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

817.    Attached hereto as Exhibit 816 is a true and correct copy of a document bearing Bates numbers MIC01374699 – MIC01374701, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

818.    Attached hereto as Exhibit 817 is a true and correct copy of a document bearing Bates numbers MIC01378641 – MIC01378643, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

819.    Attached hereto as Exhibit 818 is a true and correct copy of a document bearing Bates numbers MIC01388167 – MIC01388167, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

820.    Attached hereto as Exhibit 819 is a true and correct copy of a document bearing Bates numbers MIC03320367 - MIC03320448, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

821.    Attached hereto as Exhibit 820 is a true and correct copy of a document bearing Bates numbers MIC03376429 – MIC03376430, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

822.    Attached hereto as Exhibit 821 is a true and correct copy of a document bearing Bates numbers MIC03620747 – MIC03620748, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

823.    Attached hereto as Exhibit 822 is a true and correct copy of a document bearing Bates numbers MIC03648912 – MIC03648913, MIC03648914 – MIC03648928, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

824.    Attached hereto as Exhibit 823 is a true and correct copy of a document bearing Bates numbers MIC03758306 – MIC03758309, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

825.    Attached hereto as Exhibit 824 is a true and correct copy of a document bearing Bates numbers MIC03987700 – MIC03987700, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

826.    Attached hereto as Exhibit 825 is a true and correct copy of a document bearing Bates numbers MIC05802849 – MIC05802849, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

827.     Attached hereto as Exhibit 826 is a true and correct copy of a document bearing Bates numbers MIC05804049 – MIC05804049, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

828.     Attached hereto as Exhibit 827 is a true and correct copy of a document bearing Bates numbers MIC05804342 – MIC05804344, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

829.     Attached hereto as Exhibit 828 is a true and correct copy of a document bearing Bates numbers MIC05806559 – MIC05806560, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

830.     Attached hereto as Exhibit 829 is a true and correct copy of a document bearing Bates numbers MIC05808089 – MIC05808091, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

831.     Attached hereto as Exhibit 830 is a true and correct copy of a document bearing Bates numbers MIC05811041 – MIC05811044, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

832.     Attached hereto as Exhibit 831 is a true and correct copy of a document bearing Bates numbers MIC05812791 – MIC05812794, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

833.     Attached hereto as Exhibit 832 is a true and correct copy of a document bearing Bates numbers TRONX0006640 – TRONX0006640, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

**Section O**

834.     Attached hereto as Exhibit 833 is a true and correct copy of a document bearing Bates numbers DUPTIO20134976 – DUPTIO20134984, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

835.     Attached hereto as Exhibit 834 is a true and correct copy of a document bearing Bates numbers DUPTIO20376829 – DUPTIO20376834, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

836.     Attached hereto as Exhibit 835 is a true and correct copy of a document bearing Bates numbers DUPTIO20376848 – DUPTIO20376852, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

837.     Attached hereto as Exhibit 836 is a true and correct copy of a document bearing Bates numbers DUPTIO20731077 – DUPTIO20731089, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

838.     Attached hereto as Exhibit 837 is a true and correct copy of a document bearing Bates numbers DUPTIO21021967 – DUPTIO21021976, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

**Section P**

839.     Attached hereto as Exhibit 838 is a true and correct copy of a document bearing Bates numbers CIANFICHI00013236 – CIANFICHI00013243, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

840.     Attached hereto as Exhibit 839 is a true and correct copy of a document bearing Bates numbers CIANFICHI00013245 – CIANFICHI00013247, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

841.    Attached hereto as Exhibit 840 is a true and correct copy of a document bearing Bates numbers CIANFICHI00013279 – CIANFICHI00013283, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

842.    Attached hereto as Exhibit 841 is a true and correct copy of a document bearing Bates numbers CIANFICHI00013314 – CIANFICHI00013330, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

843.    Attached hereto as Exhibit 842 is a true and correct copy of a document bearing Bates numbers CIANFICHI00013351 – CIANFICHI00013365, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

844.    Attached hereto as Exhibit 843 is a true and correct copy of a document bearing Bates numbers CIANFICHI00013380 – CIANFICHI00013381, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

845.    Attached hereto as Exhibit 844 is a true and correct copy of a document bearing Bates numbers CIANFICHI00013642 – CIANFICHI00013642, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

846.    Attached hereto as Exhibit 845 is a true and correct copy of a document bearing Bates numbers CIANFICHI00016744 – CIANFICHI00016745, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

847.    Attached hereto as Exhibit 846 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00005363 – CRISTALUSAMN00005364, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

848. Attached hereto as Exhibit 847 is a true and correct copy of a document bearing Bates number CRISTALUSAMN00005366, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

849. Attached hereto as Exhibit 848 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN0001I390 – CRISTALUSAMN00011393, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

850. Attached hereto as Exhibit 849 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00035208 – CRISTALUSAMN00035212, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

851. Attached hereto as Exhibit 850 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00087483 – CRISTALUSAMN00087484_0008, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

852. Attached hereto as Exhibit 851 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00089941 – CRISTALUSAMN00089944, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

853. Attached hereto as Exhibit 852 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00151093 – CRISTALUSAMN00151110, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

854.    Attached hereto as Exhibit 853 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00162936 – CRISTALUSAMN00162947, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

855.    Attached hereto as Exhibit 854 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00191953 – CRISTALUSAMN00191958, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

856.    Attached hereto as Exhibit 855 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00260509 – CRISTALUSAMN00260526, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

857.    Attached hereto as Exhibit 856 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00260516 – CRISTALUSAMN00260537, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

858.    Attached hereto as Exhibit 857 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00276598 – CRISTALUSAMN00276598, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

859.    Attached hereto as Exhibit 858 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00282933 – CRISTALUSAMN00282934, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

860.    Attached hereto as Exhibit 859 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00303620 – CRISTALUSAMN00303620, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

861.    Attached hereto as Exhibit 860 is a true and correct copy of a document bearing Bates numbers DUPTIO20090009 – DUPTIO20090010, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

862.    Attached hereto as Exhibit 861 is a true and correct copy of a document bearing Bates numbers DUPTIO20101213 – DUPTIO20101214, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

863.    Attached hereto as Exhibit 862 is a true and correct copy of a document bearing Bates numbers DUPTIO20101366 – DUPTIO20101370, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

864.    Attached hereto as Exhibit 863 is a true and correct copy of a document bearing Bates numbers DUPTIO20134144 – DUPTIO20134148, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

865.    Attached hereto as Exhibit 864 is a true and correct copy of a document bearing Bates numbers DUPTIO20137528 – DUPTIO20137528, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

866.    Attached hereto as Exhibit 865 is a true and correct copy of a document bearing Bates numbers DUPTIO20151043 – DUPTIO20151043, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

867.    Attached hereto as Exhibit 866 is a true and correct copy of a document bearing Bates numbers DUPTIO20155722 – DUPTIO20155731, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

868.    Attached hereto as Exhibit 867 is a true and correct copy of a document bearing Bates numbers DUPTIO20197546 – DUPTIO20197548, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

869.    Attached hereto as Exhibit 868 is a true and correct copy of a document bearing Bates numbers DUPTIO20233736 – DUPTIO20233736, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

870.    Attached hereto as Exhibit 869 is a true and correct copy of a document bearing Bates numbers DUPTIO20244877 – DUPTIO20244878, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

871.    Attached hereto as Exhibit 870 is a true and correct copy of a document bearing Bates numbers DUPTIO20249908 – DUPTIO20249908, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

872.    Attached hereto as Exhibit 871 is a true and correct copy of a document bearing Bates numbers DUPTIO20250863 – DUPTIO20250864, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

873.    Attached hereto as Exhibit 872 is a true and correct copy of a document bearing Bates numbers DUPTIO20360694 – DUPTIO20360695, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

874.    Attached hereto as Exhibit 873 is a true and correct copy of a document bearing Bates numbers DUPTIO20409672 – DUPTIO20409672, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

875.    Attached hereto as Exhibit 874 is a true and correct copy of a document bearing Bates numbers DUPTIO20432329 – DUPTIO20432330, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

876.    Attached hereto as Exhibit 875 is a true and correct copy of a document bearing Bates numbers DUPTIO20433128 – DUPTIO20433133, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

877.    Attached hereto as Exhibit 876 is a true and correct copy of a document bearing Bates numbers DUPTIO20433563 – DUPTIO20433564, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

878.    Attached hereto as Exhibit 877 is a true and correct copy of a document bearing Bates numbers DUPTIO20434178 – DUPTIO20434178, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

879.    Attached hereto as Exhibit 878 is a true and correct copy of a document bearing Bates numbers DUPTIO20434264 – DUPTIO20434265, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

880.    Attached hereto as Exhibit 879 is a true and correct copy of a document bearing Bates numbers DUPTIO20535307 – DUPTIO20535307.0002, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

881.    Attached hereto as Exhibit 880 is a true and correct copy of a document bearing Bates numbers DUPTIO20608535 – DUPTIO20608554, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

882.    Attached hereto as Exhibit 881 is a true and correct copy of a document bearing Bates numbers DUPTIO20627180 – DUPTIO20627182, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

883.   Attached hereto as Exhibit 882 is a true and correct copy of a document bearing Bates numbers DUPTIO20662004 – DUPTIO20662017, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

884.   Attached hereto as Exhibit 883 is a true and correct copy of a document bearing Bates numbers DUPTIO20680363 – DUPTIO20880366, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

885.   Attached hereto as Exhibit 884 is a true and correct copy of a document bearing Bates numbers DUPTIO20687353 – DUPTIO20687375, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

886.   Attached hereto as Exhibit 885 is a true and correct copy of a document bearing Bates numbers DUPTIO20758612 – DUPTIO20758721, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

887.   Attached hereto as Exhibit 886 is a true and correct copy of a document bearing Bates numbers DUPTIO20862842 – DUPTIO20862843, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

888.   Attached hereto as Exhibit 887 is a true and correct copy of a document bearing Bates numbers DUPTIO20865116 – DUPTIO20865116, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

889.   Attached hereto as Exhibit 888 is a true and correct copy of a document bearing Bates numbers DUPTIO20877246 – DUPTIO20877247, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

890.   Attached hereto as Exhibit 889 is a true and correct copy of a document bearing Bates numbers DUPTIO20888043 – DUPTIO20888043, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

891.    Attached hereto as Exhibit 890 is a true and correct copy of a document bearing Bates numbers DUPTIO20889835 – DUPTIO20889840, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

892.    Attached hereto as Exhibit 891 is a true and correct copy of a document bearing Bates numbers DUPTIO20893688 – DUPTIO20893689, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

893.    Attached hereto as Exhibit 892 is a true and correct copy of a document bearing Bates numbers DUPTIO20894421 – DUPTIO20894422, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

894.    Attached hereto as Exhibit 893 is a true and correct copy of a document bearing Bates numbers DUPTIO20898498 – DUPTIO20896501, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

895.    Attached hereto as Exhibit 894 is a true and correct copy of a document bearing Bates numbers DUPTIO20909251 – DUPTIO20909252, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

896.    Attached hereto as Exhibit 895 is a true and correct copy of a document bearing Bates numbers DUPTIO21023651 – DUPTIO21023657, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

897.    Attached hereto as Exhibit 896 is a true and correct copy of a document bearing Bates numbers GUILD01139 – GUILD01140, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

898.    Attached hereto as Exhibit 897 is a true and correct copy of a document bearing Bates numbers GUILD01167 – GUILD01168, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

899.    Attached hereto as Exhibit 898 is a true and correct copy of a document bearing Bates numbers HILLC004539726 – HILLC004539726, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

900.    Attached hereto as Exhibit 899 is a true and correct copy of a document bearing Bates numbers HILLC004750763 – HILLC004750767, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

901.    Attached hereto as Exhibit 900 is a true and correct copy of a document bearing Bates numbers HILLC004796599 – HILLC004796607, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

902.    Attached hereto as Exhibit 901 is a true and correct copy of a document bearing Bates numbers HILLC004798101 – HILLC004798102, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

903.    Attached hereto as Exhibit 902 is a true and correct copy of a document bearing Bates numbers HILLC004810306 – HILLC004810309, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

904.    Attached hereto as Exhibit 903 is a true and correct copy of a document bearing Bates numbers HILLC005247231 – HILLC005247306, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

905.    Attached hereto as Exhibit 904 is a true and correct copy of a document bearing Bates numbers HILLC005408049 – HILLC005408056, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

906.    Attached hereto as Exhibit 905 is a true and correct copy of a document bearing Bates numbers HILLC007584031 – HILLC007584049, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

907.    Attached hereto as Exhibit 906 is a true and correct copy of a document bearing Bates numbers IBMA-Fisher 000212 – IBMA-Fisher 000243, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

908.    Attached hereto as Exhibit 907 is a true and correct copy of a document bearing Bates numbers IBMA-Fisher 002503 – IBMA-Fisher 002558, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

909.    Attached hereto as Exhibit 908 is a true and correct copy of a document bearing Bates numbers IBMA-Fisher 003333 – IBMA-Fisher 003373, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

910.    Attached hereto as Exhibit 909 is a true and correct copy of a document bearing Bates numbers KROWW00118152 – KROWW00118152, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

911.    Attached hereto as Exhibit 910 is a true and correct copy of a document bearing Bates numbers KROWW00158426 – KROWW00158428, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

912.    Attached hereto as Exhibit 911 is a true and correct copy of a document bearing Bates numbers KROWW00392172 – KROWW00392177, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

913.    Attached hereto as Exhibit 912 is a true and correct copy of a document bearing Bates numbers KROWW00393878 – KROWW00393881_0002, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

914.    Attached hereto as Exhibit 913 is a true and correct copy of a document bearing Bates numbers KROWW00422302 – KROWW00422303, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

915.     Attached hereto as Exhibit 914 is a true and correct copy of a document bearing Bates numbers KROWW00691865 – KROWW00691866, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

916.     Attached hereto as Exhibit 915 is a true and correct copy of a document bearing Bates numbers KROWW00705693 – KROWW00705750, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

917.     Attached hereto as Exhibit 916 is a true and correct copy of a document bearing Bates numbers MIC00063252 – MIC00063259, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

918.     Attached hereto as Exhibit 917 is a true and correct copy of a document bearing Bates numbers MIC00099577 – MIC00099578, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

919.     Attached hereto as Exhibit 918 is a true and correct copy of a document bearing Bates numbers MIC0024373 – MIC0024373, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

920.     Attached hereto as Exhibit 919 is a true and correct copy of a document bearing Bates numbers MIC00258278 – MIC00258278, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

921.     Attached hereto as Exhibit 920 is a true and correct copy of a document bearing Bates numbers MIC00268805 – MIC00268805, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

922.     Attached hereto as Exhibit 921 is a true and correct copy of a document bearing Bates numbers MIC00269045 – MIC00269046, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

923.    Attached hereto as Exhibit 922 is a true and correct copy of a document bearing Bates numbers MIC00325448 – MIC00325448, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

924.    Attached hereto as Exhibit 923 is a true and correct copy of a document bearing Bates numbers MIC00361055 – MIC00361057, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

925.    Attached hereto as Exhibit 924 is a true and correct copy of a document bearing Bates numbers MIC00417721 – MIC00417722, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

926.    Attached hereto as Exhibit 925 is a true and correct copy of a document bearing Bates numbers MIC00417859 – MIC00417859, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

927.    Attached hereto as Exhibit 926 is a true and correct copy of a document bearing Bates numbers MIC00423816 – MIC00423817, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

928.    Attached hereto as Exhibit 927 is a true and correct copy of a document bearing Bates numbers MIC00448353 – MIC00448361, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

929.    Attached hereto as Exhibit 928 is a true and correct copy of a document bearing Bates numbers MIC00638736 – MIC00638740, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

930.    Attached hereto as Exhibit 929 is a true and correct copy of a document bearing Bates numbers MIC00645367 – MIC00645369, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

931.    Attached hereto as Exhibit 930 is a true and correct copy of a document bearing Bates numbers MIC00768189 – MIC00768190, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

932.    Attached hereto as Exhibit 931 is a true and correct copy of a document bearing Bates numbers MIC00813964 – MIC00813967, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

933.    Attached hereto as Exhibit 932 is a true and correct copy of a document bearing Bates numbers MIC00834987 – MIC00834990, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

934.    Attached hereto as Exhibit 933 is a true and correct copy of a document bearing Bates numbers MIC01001971 – MIC01001972, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

935.    Attached hereto as Exhibit 934 is a true and correct copy of a document bearing Bates numbers MIC01035641 – MIC01035644, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

936.    Attached hereto as Exhibit 935 is a true and correct copy of a document bearing Bates numbers MIC01373301 – MIC01373301, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

937.    Attached hereto as Exhibit 936 is a true and correct copy of a document bearing Bates numbers MIC02023612 – MIC02023622, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

938.    Attached hereto as Exhibit 937 is a true and correct copy of a document bearing Bates numbers MIC03377261 – MIC03377261, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

939.    Attached hereto as Exhibit 938 is a true and correct copy of a document bearing Bates numbers MIC03378316 – MIC03378316, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

940.    Attached hereto as Exhibit 939 is a true and correct copy of a document bearing Bates numbers MIC03397508 – MIC03397508, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

941.    Attached hereto as Exhibit 940 is a true and correct copy of a document bearing Bates numbers MIC03489975 – MIC03489976_0006, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

942.    Attached hereto as Exhibit 941 is a true and correct copy of a document bearing Bates numbers MIC03559113 – MIC03559113, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

943.    Attached hereto as Exhibit 942 is a true and correct copy of a document bearing Bates numbers MIC03560942 – MIC03560944, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

944.    Attached hereto as Exhibit 943 is a true and correct copy of a document bearing Bates numbers MIC03578801 – MIC03578803, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

945.    Attached hereto as Exhibit 944 is a true and correct copy of a document bearing Bates numbers MIC03578852 – MIC03578854, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

946.    Attached hereto as Exhibit 945 is a true and correct copy of a document bearing Bates numbers MIC03608580 – MIC03608583, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

947.     Attached hereto as Exhibit 946 is a true and correct copy of a document bearing Bates numbers MIC03609317 – MIC03609317, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

948.     Attached hereto as Exhibit 947 is a true and correct copy of a document bearing Bates numbers MIC03662504 – MIC03662504, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

949.     Attached hereto as Exhibit 948 is a true and correct copy of a document bearing Bates numbers MIC04346652 – MIC04346653, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

950.     Attached hereto as Exhibit 949 is a true and correct copy of a document bearing Bates numbers MIC04719114 – MIC04719121, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

951.     Attached hereto as Exhibit 950 is a true and correct copy of a document bearing Bates numbers MIC04721243 – MIC04721245, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

952.     Attached hereto as Exhibit 951 is a true and correct copy of a document bearing Bates numbers MIC04737534 – MIC04737535, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

953.     Attached hereto as Exhibit 952 is a true and correct copy of a document bearing Bates numbers MIC04771285 – MIC04771286, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

954.     Attached hereto as Exhibit 953 is a true and correct copy of a document bearing Bates numbers MIC04771285 – MIC04771299, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

955.     Attached hereto as Exhibit 954 is a true and correct copy of a document bearing Bates numbers MIC04936607 – MIC04936608, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

956.     Attached hereto as Exhibit 955 is a true and correct copy of a document bearing Bates numbers MIC04968087 – MIC04968089, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

957.     Attached hereto as Exhibit 956 is a true and correct copy of a document bearing Bates numbers MIC05194352 – MIC05194354, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

958.     Attached hereto as Exhibit 957 is a true and correct copy of a document bearing Bates numbers MIC05195155 – MIC05195157, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

959.     Attached hereto as Exhibit 958 is a true and correct copy of a document bearing Bates numbers MIC05227064 – MIC05227064, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

960.     Attached hereto as Exhibit 959 is a true and correct copy of a document bearing Bates numbers MIC05386399 – MIC05386399, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

961.     Attached hereto as Exhibit 960 is a true and correct copy of a document bearing Bates numbers MIC05817427 – MIC05817468, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

962.     Attached hereto as Exhibit 961 is a true and correct copy of a document bearing Bates numbers TRONOX0000118 – TRONOX0000120, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

963.   Attached hereto as Exhibit 962 is a true and correct copy of a document bearing Bates numbers VAL0099577 – VAL0099577_0002, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

964.   Attached hereto as Exhibit 963 is a true and correct copy of a document bearing Bates numbers ZWICKER0000001 – ZWICKER0000088, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

965.   Attached hereto as Exhibit 964 is a true and correct copy of the Securities and Exchange Commission Form 10-K for Kronos International, Inc., for the year ended December 31, 2002, which was marked as Deposition Exhibit 0032 at the Deposition of Joseph Maas taken on February 9, 2015, in the above-captioned action.

966.   Attached hereto as Exhibit 965 is a true and correct copy of the Securities and Exchange Commission Form 10-K for Kronos Worldwide, Inc., for the year ended December 31, 2005, which was marked as Deposition Exhibit 0033 at the Deposition of Joseph Maas taken on February 9, 2015, in the above-captioned action.

967.   Attached hereto as Exhibit 966 is a true and correct copy of the Securities and Exchange Commission Form 10-Q for Kronos Worldwide, Inc., for the quarter ended June 30, 2012, which was marked as Deposition Exhibit 0034 at the Deposition of Joseph Maas taken on February 9, 2015, in the above-captioned action.

968.   Attached hereto as Exhibit 967 is a true and correct copy of the Where Next for the TiO2 Pigment Industry presentation, dated April 30, 2013, which was marked as Deposition Exhibit 0021 at the Deposition of James Fisher taken on March 4, 2015, in the above-captioned action.

969.   Attached hereto as Exhibit 968 is a true and correct copy of the EI DuPont de Nemours & Co.'s CEO Discusses Q1 2011 Results Earnings Call Transcript, dated April 21,

2011, which was marked as Deposition Exhibit 0002 at the Deposition of Collette Daney taken on March 17, 2015, in the above-captioned action.

970.    Attached hereto as Exhibit 969 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00115134 – CRISTALUSAMN00115135, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

971.    Attached hereto as Exhibit 970 is a true and correct copy of a document bearing Bates numbers DUPTIO200505466 – DUPTIO205005467, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

972.    Attached hereto as Exhibit 971 is a true and correct copy of a document bearing Bates numbers DUPTIO20325723 – DUPTIO20325729, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

973.    Attached hereto as Exhibit 972 is a true and correct copy of a document bearing Bates numbers KROWW00089359 – KROWW00089361, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

974.    Attached hereto as Exhibit 973 is a true and correct copy of a document bearing Bates numbers MIC01442502 – MIC01442504, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

975.    Attached hereto as Exhibit 974 is a true and correct copy of a document bearing Bates numbers DUPTIO20241708 – DUPTIO20241710, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

976.    Attached hereto as Exhibit 975 is a true and correct copy of a document bearing Bates numbers MIC00117020 – MIC00117021, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

977.    Attached hereto as Exhibit 976 is a true and correct copy of a document bearing Bates numbers MIC0025693 - MIC0025693, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

**Section Q**

978.    Attached hereto as Exhibit 977 is a true and correct copy of Defendant E.I. Du Pont De Nemours and Company's Objections and Responses to Plaintiff's Third Set of Interrogatories, dated March 6, 2015, in the above-captioned matter.

979.    Attached hereto as Exhibit 978 is a true and correct copy of Cristal USA Inc.'s Objections and Responses to Plaintiff's Third Set of Interrogatories, dated March 6, 2015, in the matter captioned *The Valspar Corporation, et al. v. Millennium Inorganic Chemicals, Inc.*, in the District of Minnesota, Court File No. 13-cv-3214-RHK-LIB.

980.    Attached hereto as Exhibit 979 is a true and correct copy of Defendant Huntsman International LLC's Objections and Responses to Plaintiff's' Third Set of Interrogatories and Third Set of Requests for Production, dated March 6, 2015, in the matter captioned *The Valspar Corporation, et al. v. Huntsman International LLC, et al.*, in the Southern District of Texas, Court File No. 4:14-cv-01130.

981.    Attached hereto as Exhibit 980 is a true and correct copy of Defendant Kronos Worldwide Inc.'s Response to Plaintiffs' Third Set of Interrogatories and Fourth Set of Requests for Production, dated March 6, 2015, in the matter captioned *The Valspar Corporation, et al. v. Huntsman International LLC, et al.*, in the Southern District of Texas, Court File No. 4:14-cv-01130.

**Section R**

982.    Attached hereto as Exhibit 981 is a true and correct copy of the Expert Report of Dr. James T. McClave, dated April 13, 2015, in the above-captioned matter.

983.   Attached hereto as Exhibit 982 is a true and correct copy of the Rebuttal Expert Report of Dr. James T. McClave, dated July 30, 2015, in the above-captioned matter.

984.   Attached hereto as Exhibit 983 is a true and correct copy of the Expert Report of Michael A. Williams, Ph. D., dated April 13, 2015, in the above-captioned matter.

985.   Attached hereto as Exhibit 984 is a true and correct copy of the Errata to the Expert Report of Michael A. Williams, dated May 27, 2015, in the above-captioned matter.

986.   Attached hereto as Exhibit 985 is a true and correct copy of the Expert Rebuttal Report of Michael A. Williams, Ph. D., dated July 31, 2015, in the above-captioned matter.

**Section S**

987.   Attached hereto as Exhibit 986 is a true and correct copy of a document bearing Bates numbers DUPTIO20020141 - DUPTIO20024556, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

988.   Attached hereto as Exhibit 987 is a true and correct copy of a document bearing Bates numbers DUPTIO20147838 - DUPTIO20147838, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

989.   Attached hereto as Exhibit 988 is a true and correct copy of a document bearing Bates numbers DUPTIO20162634 - DUPTIO20162636, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

990.   Attached hereto as Exhibit 989 is a true and correct copy of a document bearing Bates numbers DUPTIO20165686 - DUPTIO20165686, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

991.   Attached hereto as Exhibit 990 is a true and correct copy of a document bearing Bates numbers DUPTIO20178178 - DUPTIO20178179, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

992.     Attached hereto as Exhibit 991 is a true and correct copy of a document bearing Bates numbers DUPTIO20178283 - DUPTIO20178284, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

993.     Attached hereto as Exhibit 992 is a true and correct copy of a document bearing Bates numbers DUPTIO20179738 - DUPTIO20179738, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

994.     Attached hereto as Exhibit 993 is a true and correct copy of a document bearing Bates numbers DUPTIO20243111 - DUPTIO20243113, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

995.     Attached hereto as Exhibit 994 is a true and correct copy of a document bearing Bates numbers DUPTIO20244718 - DUPTIO20244718, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

996.     Attached hereto as Exhibit 995 is a true and correct copy of a document bearing Bates numbers DUPTIO20248730 - DUPTIO20248731, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

997.     Attached hereto as Exhibit 996 is a true and correct copy of a document bearing Bates numbers DUPTIO20249075 - DUPTIO20249076, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

998.     Attached hereto as Exhibit 997 is a true and correct copy of a document bearing Bates numbers DUPTIO20250862 - DUPTIO20250862, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

999.     Attached hereto as Exhibit 998 is a true and correct copy of a document bearing Bates numbers DUPTIO20407655 - DUPTIO20407655, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1000.   Attached hereto as Exhibit 999 is a true and correct copy of a document bearing Bates numbers DUPTIO20407657 - DUPTIO20407658, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1001.   Attached hereto as Exhibit 1000 is a true and correct copy of a document bearing Bates numbers DUPTIO20425290 - DUPTIO20425290, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1002.   Attached hereto as Exhibit 1001 is a true and correct copy of a document bearing Bates numbers DUPTIO20426953 - DUPTIO20426953, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1003.   Attached hereto as Exhibit 1002 is a true and correct copy of a document bearing Bates numbers DUPTIO20426963 - DUPTIO20426963, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1004.   Attached hereto as Exhibit 1003 is a true and correct copy of a document bearing Bates numbers DUPTIO20427027 - DUPTIO20427027, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1005.   Attached hereto as Exhibit 1004 is a true and correct copy of a document bearing Bates numbers DUPTIO20430234 - DUPTIO20430234, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1006.   Attached hereto as Exhibit 1005 is a true and correct copy of a document bearing Bates numbers DUPTIO20430249 - DUPTIO20430249, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1007.   Attached hereto as Exhibit 1006 is a true and correct copy of a document bearing Bates numbers DUPTIO20431072 - DUPTIO20431072, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1008.   Attached hereto as Exhibit 1007 is a true and correct copy of a document bearing Bates numbers DUPTIO20432484 - DUPTIO20432484, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1009.   Attached hereto as Exhibit 1008 is a true and correct copy of a document bearing Bates numbers DUPTIO20432497 - DUPTIO20432497, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1010.   Attached hereto as Exhibit 1009 is a true and correct copy of a document bearing Bates numbers DUPTIO20432525 - DUPTIO20432526, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1011.   Attached hereto as Exhibit 1010 is a true and correct copy of a document bearing Bates numbers DUPTIO20432579 - DUPTIO20432580, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1012.   Attached hereto as Exhibit 1011 is a true and correct copy of a document bearing Bates numbers DUPTIO20432647 - DUPTIO20432647, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1013.   Attached hereto as Exhibit 1012 is a true and correct copy of a document bearing Bates numbers DUPTIO20432684 - DUPTIO20432684, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1014.   Attached hereto as Exhibit 1013 is a true and correct copy of a document bearing Bates numbers DUPTIO20433151 - DUPTIO20433151, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1015.   Attached hereto as Exhibit 1014 is a true and correct copy of a document bearing Bates numbers DUPTIO20433537 - DUPTIO20433537, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1016.   Attached hereto as Exhibit 1015 is a true and correct copy of a document bearing Bates numbers DUPTIO20573369 - DUPTIO20573369, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1017.   Attached hereto as Exhibit 1016 is a true and correct copy of a document bearing Bates numbers DUPTIO20678043 - DUPTIO20678046, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1018.   Attached hereto as Exhibit 1017 is a true and correct copy of a document bearing Bates numbers DUPTIO20846761 - DUPTIO20846762, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1019.   Attached hereto as Exhibit 1018 is a true and correct copy of a document bearing Bates numbers DUPTIO20852042 - DUPTIO20852042, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1020.   Attached hereto as Exhibit 1019 is a true and correct copy of a document bearing Bates numbers DUPTIO20852374 - DUPTIO20852374, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1021.   Attached hereto as Exhibit 1020 is a true and correct copy of a document bearing Bates numbers DUPTIO20852496 - DUPTIO20852496, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1022.   Attached hereto as Exhibit 1021 is a true and correct copy of a document bearing Bates numbers DUPTIO20854224 - DUPTIO20854224, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1023.   Attached hereto as Exhibit 1022 is a true and correct copy of a document bearing Bates numbers DUPTIO20854299 - DUPTIO20854299, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1024.   Attached hereto as Exhibit 1023 is a true and correct copy of a document bearing Bates numbers DUPTIO20854430 - DUPTIO20854431, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1025.   Attached hereto as Exhibit 1024 is a true and correct copy of a document bearing Bates numbers DUPTIO20856351 - DUPTIO20856351, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1026.   Attached hereto as Exhibit 1025 is a true and correct copy of a document bearing Bates numbers DUPTIO20860175 - DUPTIO20860175, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1027.   Attached hereto as Exhibit 1026 is a true and correct copy of a document bearing Bates numbers DUPTIO20860269 - DUPTIO20860269, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1028.   Attached hereto as Exhibit 1027 is a true and correct copy of a document bearing Bates numbers DUPTIO20860276 - DUPTIO20860276, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1029.   Attached hereto as Exhibit 1028 is a true and correct copy of a document bearing Bates numbers DUPTIO20860303 - DUPTIO20860304, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1030.   Attached hereto as Exhibit 1029 is a true and correct copy of a document bearing Bates numbers DUPTIO20861493 - DUPTIO20861493, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1031.   Attached hereto as Exhibit 1030 is a true and correct copy of a document bearing Bates numbers DUPTIO20861771 - DUPTIO20861771, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1032.   Attached hereto as Exhibit 1031 is a true and correct copy of a document bearing Bates numbers DUPTIO20862248 - DUPTIO20862248, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1033.   Attached hereto as Exhibit 1032 is a true and correct copy of a document bearing Bates numbers DUPTIO20862799 - DUPTIO20862799, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1034.   Attached hereto as Exhibit 1033 is a true and correct copy of a document bearing Bates numbers DUPTIO20862842 - DUPTIO20862843, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1035.   Attached hereto as Exhibit 1034 is a true and correct copy of a document bearing Bates numbers DUPTIO20862868 - DUPTIO20862868, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1036.   Attached hereto as Exhibit 1035 is a true and correct copy of a document bearing Bates numbers DUPTIO20862869 - DUPTIO20862869, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1037.   Attached hereto as Exhibit 1036 is a true and correct copy of a document bearing Bates numbers DUPTIO20862887 - DUPTIO20862887, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1038.   Attached hereto as Exhibit 1037 is a true and correct copy of a document bearing Bates numbers DUPTIO20865309 - DUPTIO20865309, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1039.   Attached hereto as Exhibit 1038 is a true and correct copy of a document bearing Bates numbers DUPTIO20869472 - DUPTIO20869472, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1040.   Attached hereto as Exhibit 1039 is a true and correct copy of a document bearing Bates numbers DUPTIO20870377 - DUPTIO20870378, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1041.   Attached hereto as Exhibit 1040 is a true and correct copy of a document bearing Bates numbers DUPTIO20876395 - DUPTIO20876395, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1042.   Attached hereto as Exhibit 1041 is a true and correct copy of a document bearing Bates numbers DUPTIO20876931 - DUPTIO20876931, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1043.   Attached hereto as Exhibit 1042 is a true and correct copy of a document bearing Bates numbers DUPTIO20878333 - DUPTIO20878333, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1044.   Attached hereto as Exhibit 1043 is a true and correct copy of a document bearing Bates numbers DUPTIO20878363 - DUPTIO20878363, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1045.   Attached hereto as Exhibit 1044 is a true and correct copy of a document bearing Bates numbers DUPTIO20878369 - DUPTIO20878369, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1046.   Attached hereto as Exhibit 1045 is a true and correct copy of a document bearing Bates numbers IBMA-Fisher 000484 - IBMA-Fisher 000485, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1047.   Attached hereto as Exhibit 1046 is a true and correct copy of a document bearing Bates numbers IBMA-Fisher 000640 - IBMA-Fisher 000643, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1048.   Attached hereto as Exhibit 1047 is a true and correct copy of a document bearing Bates numbers KROWW00132277 - KROWW00132278, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1049.   Attached hereto as Exhibit 1048 is a true and correct copy of a document bearing Bates numbers MIC03965676 - MIC03965676, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1050.   Attached hereto as Exhibit 1049 is a true and correct copy of a document bearing Bates numbers MIC04306030 - MIC04306031, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1051.   Attached hereto as Exhibit 1050 is a true and correct copy of a document bearing Bates numbers IBMA-Fisher 005045 - IBMA-Fisher 005074, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1052.   Attached hereto as Exhibit 1051 is a true and correct copy of a document bearing Bates numbers IBMA-Fisher 005075 - IBMA-Fisher 005106, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1053.   Attached hereto as Exhibit 1052 is a true and correct copy of a document bearing Bates numbers IBMA-Fisher 026046 - IBMA-Fisher 026049, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1054.   Attached hereto as Exhibit 1053 is a true and correct copy of a document bearing Bates numbers IBMA-Fisher 026050 - IBMA-Fisher 026070, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1055.   Attached hereto as Exhibit 1054 is a true and correct copy of a document bearing Bates numbers IBMA-Fisher 26071 - IBMA-Fisher 26183, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1056.   Attached hereto as Exhibit 1055 is a true and correct copy of a document bearing Bates numbers KROWW00167170 - KROWW00167179, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1057.   Attached hereto as Exhibit 1056 is a true and correct copy of a document bearing Bates number MIC0023001, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1058.   Attached hereto as Exhibit 1057 is a true and correct copy of a document bearing Bates numbers MIC03965388 - MIC03965389, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1059.   Attached hereto as Exhibit 1058 is a true and correct copy of a document bearing Bates numbers MIC0022996 - MIC0022996, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1060.   Attached hereto as Exhibit 1059 is a true and correct copy of a document bearing Bates numbers MIC0023002 - MIC0023002, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1061.   Attached hereto as Exhibit 1060 is a true and correct copy of a document bearing Bates numbers MIC04701135 - MIC04701135, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1062.   Attached hereto as Exhibit 1061 is a true and correct copy of a document bearing Bates numbers HILLC006674391 - HILLC006674439, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1063.   Attached hereto as Exhibit 1062 is a true and correct copy of a document bearing Bates numbers HILLC006674368 - HILLC006674374, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1064.   Attached hereto as Exhibit 1063 is a true and correct copy of a document bearing Bates numbers DUPTIO20176693 - DUPTIO20176693, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1065.   Attached hereto as Exhibit 1064 is a true and correct copy of a document bearing Bates numbers DUPTIO20144738 - DUPTIO20144738, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1066.   Attached hereto as Exhibit 1065 is a true and correct copy of a document bearing Bates numbers DUPTIO20244877 - DUPTIO20244878, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1067.   Attached hereto as Exhibit 1066 is a true and correct copy of a document bearing Bates numbers IBMA-Fisher 001189 - IBMA-Fisher 001189, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1068.   Attached hereto as Exhibit 1067 is a true and correct copy of a document bearing Bates numbers TRONOX 0000082 - TRONOX 0000117, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1069.   Attached hereto as Exhibit 1068 is a true and correct copy of a document bearing Bates numbers KROWW00165359 - KROWW00165364, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1070.   Attached hereto as Exhibit 1069 is a true and correct copy of a document bearing Bates numbers IBMA-Fisher 009706 - IBMA-Fisher 009706, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1071.   Attached hereto as Exhibit 1070 is a true and correct copy of a document bearing Bates numbers KROWW00149354 - KROWW00149354, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1072.   Attached hereto as Exhibit 1071 is a true and correct copy of a document bearing Bates numbers KROWW00339048 - KROWW00339048, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1073.   Attached hereto as Exhibit 1072 is a true and correct copy of a document bearing Bates numbers KROWW00684452 - KROWW00684452, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1074.   Attached hereto as Exhibit 1073 is a true and correct copy of a document bearing Bates numbers MIC01366560 - MIC01366560, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1075.   Attached hereto as Exhibit 1074 is a true and correct copy of a document bearing Bates numbers KROWW00112001 - KROWW00112001, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1076.   Attached hereto as Exhibit 1075 is a true and correct copy of a document bearing Bates numbers KROWW00090271 - KROWW00090272, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1077.   Attached hereto as Exhibit 1076 is a true and correct copy of a document bearing Bates number KROWW00107939, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1078.   Attached hereto as Exhibit 1077 is a true and correct copy of a document bearing Bates numbers DUPTIO20416383 - DUPTIO20416383, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1079.   Attached hereto as Exhibit 1078 is a true and correct copy of a document bearing Bates numbers DUPTIO20242559 - DUPTIO20242561, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1080.   Attached hereto as Exhibit 1079 is a true and correct copy of a document bearing Bates numbers TRONOX003643 - TRONOX003643, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1081.   Attached hereto as Exhibit 1080 is a true and correct copy of a document bearing Bates numbers TRONOX0003655 - TRONOX0003656, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1082.   Attached hereto as Exhibit 1081 is a true and correct copy of a document bearing Bates numbers TRONOX0003657 - TRONOX0003661, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1083.   Attached hereto as Exhibit 1082 is a true and correct copy of a document bearing Bates numbers TRONOX0003677 - TRONOX0003678, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1084.   Attached hereto as Exhibit 1083 is a true and correct copy of a document bearing Bates numbers MIC04306262 - MIC04306262, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1085.   Attached hereto as Exhibit 1084 is a true and correct copy of a document bearing Bates numbers MIC04732035 - MIC04732036, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1086.   Attached hereto as Exhibit 1085 is a true and correct copy of a document bearing Bates numbers MIC03304695 - MIC03304695, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1087.   Attached hereto as Exhibit 1086 is a true and correct copy of a document bearing Bates numbers MIC05305187 - MIC05305187, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1088.   Attached hereto as Exhibit 1087 is a true and correct copy of a document bearing Bates numbers MIC03306564 - MIC03306564, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1089.   Attached hereto as Exhibit 1088 is a true and correct copy of a document bearing Bates numbers MIC04262649 - MIC04262649, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1090.   Attached hereto as Exhibit 1089 is a true and correct copy of a document bearing Bates numbers MIC04711480 - MIC04711492, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1091.   Attached hereto as Exhibit 1090 is a true and correct copy of a document bearing Bates numbers MIC04711606 - MIC04711623, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1092.   Attached hereto as Exhibit 1091 is a true and correct copy of a document bearing Bates numbers CIANFICHI00013302 - CIANFICHI00013303, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1093.   Attached hereto as Exhibit 1092 is a true and correct copy of a document bearing Bates numbers HILLC006034606 - HILLC006034611, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1094.   Attached hereto as Exhibit 1093 is a true and correct copy of a document bearing Bates numbers DUPTIO20142718 - DUPTIO20142718, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1095.   Attached hereto as Exhibit 1094 is a true and correct copy of a document bearing Bates numbers DUPTIO20143068 - DUPTIO20143068, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1096.   Attached hereto as Exhibit 1095 is a true and correct copy of a document bearing Bates numbers DUPTIO20143065 - DUPTIO20143065, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1097.   Attached hereto as Exhibit 1096 is a true and correct copy of a document bearing Bates numbers DUPTIO20146390 - DUPTIO20146390, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1098.   Attached hereto as Exhibit 1097 is a true and correct copy of a document bearing Bates numbers DUPTIO20150417 - DUPTIO20150417, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1099.   Attached hereto as Exhibit 1098 is a true and correct copy of a document bearing Bates numbers DUPTIO20157670 - DUPTIO20157670, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1100.   Attached hereto as Exhibit 1099 is a true and correct copy of a document bearing Bates numbers DUPTIO20878768 - DUPTIO20878769, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1101.   Attached hereto as Exhibit 1100 is a true and correct copy of a document bearing Bates numbers DUPTIO20133193 - DUPTIO20133271, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1102.   Attached hereto as Exhibit 1101 is a true and correct copy of a document bearing Bates numbers DUPTIO20159258 - DUPTIO20159259, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1103.   Attached hereto as Exhibit 1102 is a true and correct copy of a document bearing Bates numbers DUPTIO20164875 - DUPTIO20164875, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1104.   Attached hereto as Exhibit 1103 is a true and correct copy of a document bearing Bates numbers DUPTIO20246478 - DUPTIO20246481, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1105.   Attached hereto as Exhibit 1104 is a true and correct copy of a document bearing Bates numbers DUPTIO20164945 - DUPTIO20164945, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1106.   Attached hereto as Exhibit 1105 is a true and correct copy of a document bearing Bates numbers DUPTIO20246468 - DUPTIO20246468, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1107.   Attached hereto as Exhibit 1106 is a true and correct copy of a document bearing Bates numbers DUPTIO20245700 - DUPTIO20245701, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1108.   Attached hereto as Exhibit 1107 is a true and correct copy of a document bearing Bates numbers DUPTIO20244565 - DUPTIO20244565, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1109.   Attached hereto as Exhibit 1108 is a true and correct copy of a document bearing Bates numbers DUPTIO20430046 - DUPTIO20430046, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1110.   Attached hereto as Exhibit 1109 is a true and correct copy of a document bearing Bates numbers DUPTIO20169144 - DUPTIO20169144, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1111.   Attached hereto as Exhibit 1110 is a true and correct copy of a document bearing Bates numbers DUPTIO20170092 - DUPTIO20170092, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1112.   Attached hereto as Exhibit 1111 is a true and correct copy of a document bearing Bates numbers DUPTIO20425531 - DUPTIO20425531, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1113.   Attached hereto as Exhibit 1112 is a true and correct copy of a document bearing Bates numbers DUPTIO20896817 - DUPTIO20896818, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1114.   Attached hereto as Exhibit 1113 is a true and correct copy of a document bearing Bates numbers DUPTIO20154240 - DUPTIO20154241, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1115.   Attached hereto as Exhibit 1114 is a true and correct copy of a document bearing Bates numbers DUPTIO20170046 - DUPTIO20170046, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1116.   Attached hereto as Exhibit 1115 is a true and correct copy of a document bearing Bates numbers HILLC001016296 - HILLC001016299, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1117.   Attached hereto as Exhibit 1116 is a true and correct copy of a document bearing Bates numbers KROWW00167927 - KROWW00167927, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1118.   Attached hereto as Exhibit 1117 is a true and correct copy of a document bearing Bates numbers KROWW00339100 - KROWW00339100, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1119.   Attached hereto as Exhibit 1118 is a true and correct copy of a document bearing Bates numbers KROWW00684558 - KROWW00684558, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1120.   Attached hereto as Exhibit 1119 is a true and correct copy of a document bearing Bates numbers KROWW00684577 - KROWW00684577, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1121.   Attached hereto as Exhibit 1120 is a true and correct copy of a document bearing Bates numbers KROWW00076922 - KROWW00076922, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1122.   Attached hereto as Exhibit 1121 is a true and correct copy of a document bearing Bates numbers KROWW00109360 - KROWW00109360, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1123.   Attached hereto as Exhibit 1122 is a true and correct copy of a document bearing Bates numbers KROWW00111769 - KROWW00111770, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1124.   Attached hereto as Exhibit 1123 is a true and correct copy of a document bearing Bates numbers KROWW00093705 - KROWW00093705, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1125.   Attached hereto as Exhibit 1124 is a true and correct copy of a document bearing Bates numbers CIANFICHI00013380 - CIANFICHI00013382, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1126.   Attached hereto as Exhibit 1125 is a true and correct copy of a document bearing Bates numbers HILLC000184439 - HILLC000184442, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1127.   Attached hereto as Exhibit 1126 is a true and correct copy of a document bearing Bates number HILLC000182923, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1128.   Attached hereto as Exhibit 1127 is a true and correct copy of a document bearing Bates numbers HILLC004214725 - HILLC004214725, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1129.   Attached hereto as Exhibit 1128 is a true and correct copy of a document bearing Bates numbers DUPTIO20247795 - DUPTIO20247796, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1130.   Attached hereto as Exhibit 1129 is a true and correct copy of a document bearing Bates numbers DUPTIO20521257 - DUPTIO20521258, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1131.   Attached hereto as Exhibit 1130 is a true and correct copy of a document bearing Bates numbers HILLC004755028 - HILLC004755028, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1132.   Attached hereto as Exhibit 1131 is a true and correct copy of a document bearing Bates numbers DUPTIO20865116 - DUPTIO20865116, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1133.   Attached hereto as Exhibit 1132 is a true and correct copy of a document bearing Bates numbers DUPTIO20243442 - DUPTIO20243448, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1134.   Attached hereto as Exhibit 1133 is a true and correct copy of a document bearing Bates numbers DUPTIO2024268 - DUPTIO2024268, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1135.   Attached hereto as Exhibit 1134 is a true and correct copy of a document bearing Bates numbers DUPTIO20431302 - DUPTIO20431323, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1136.   Attached hereto as Exhibit 1135 is a true and correct copy of a document bearing Bates numbers MIC01186298 - MIC01186303, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1137.   Attached hereto as Exhibit 1136 is a true and correct copy of a document bearing Bates numbers DUPTIO20178804 - DUPTIO20178829, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1138.   Attached hereto as Exhibit 1137 is a true and correct copy of a document bearing Bates numbers MIC03190186 - MIC03190186, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1139.   Attached hereto as Exhibit 1138 is a true and correct copy of a document bearing Bates numbers MIC03940005 - MIC03940005, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1140.   Attached hereto as Exhibit 1139 is a true and correct copy of a document bearing Bates numbers MIC05773611 - MIC05773611, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1141.   Attached hereto as Exhibit 1140 is a true and correct copy of a document bearing Bates numbers MIC0029317 - MIC0029318, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1142.   Attached hereto as Exhibit 1141 is a true and correct copy of a document bearing Bates numbers DUPTIO20310218 - DUPTIO20310219, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1143.   Attached hereto as Exhibit 1142 is a true and correct copy of a document bearing Bates numbers DUPTIO20458724 - DUPTIO20458725, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1144.   Attached hereto as Exhibit 1143 is a true and correct copy of a document bearing Bates numbers KROWW00689371 - KROWW00689371, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1145.   Attached hereto as Exhibit 1144 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00061308 - CRISTALUSAMN00061309, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1146.   Attached hereto as Exhibit 1145 is a true and correct copy of a document bearing Bates numbers KROWW00855180 - KROWW00855208, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1147.   Attached hereto as Exhibit 1146 is a true and correct copy of a document bearing Bates number KROWW00857707, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1148.   Attached hereto as Exhibit 1147 is a true and correct copy of a document bearing Bates numbers KROWW00860044 - KROWW00860048, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1149.   Attached hereto as Exhibit 1148 is a true and correct copy of a document bearing Bates numbers KROWW00861328 - KROWW00861329, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1150.   Attached hereto as Exhibit 1149 is a true and correct copy of a document bearing Bates numbers CRISTALUSAMN00170252 - CRISTALUSAMN00170252, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1151.   Attached hereto as Exhibit 1150 is a true and correct copy of a document bearing Bates numbers KROWW00881590 - KROWW00881591, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1152.   Attached hereto as Exhibit 1151 is a true and correct copy of a document bearing Bates numbers KROWW00881603 - KROWW00881612, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1153.   Attached hereto as Exhibit 1152 is a true and correct copy of a document bearing Bates numbers KROWW00881643 - KROWW00881644, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1154.   Attached hereto as Exhibit 1153 is a true and correct copy of a document bearing Bates numbers MIC0024773 - MIC0024779, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1155.   Attached hereto as Exhibit 1154 is a true and correct copy of a document bearing Bates numbers MIC03961131 - MIC03961146, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1156.   Attached hereto as Exhibit 1155 is a true and correct copy of a document bearing Bates numbers MIC03961119 - MIC03961130, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1157.   Attached hereto as Exhibit 1156 is a true and correct copy of a document bearing Bates number MIC04280823, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1158.   Attached hereto as Exhibit 1157 is a true and correct copy of a document bearing Bates numbers DUPTIO20248460 - DUPTIO20248461, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1159.   Attached hereto as Exhibit 1158 is a true and correct copy of a document bearing Bates numbers DUPTIO20249199 - DUPTIO20249200, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1160.   Attached hereto as Exhibit 1159 is a true and correct copy of a document bearing Bates number DUPTIO20519078, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1161.   Attached hereto as Exhibit 1160 is a true and correct copy of a document bearing Bates numbers DUPTIO20579821 - DUPTIO20579822, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1162.   Attached hereto as Exhibit 1161 is a true and correct copy of a document bearing Bates numbers DUPTIO20579823 - DUPTIO20579823.0003, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1163.   Attached hereto as Exhibit 1162 is a true and correct copy of a document bearing Bates numbers DUPTIO20629071 - DUPTIO20629076, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1164.   Attached hereto as Exhibit 1163 is a true and correct copy of a document bearing Bates numbers DUPTIO20916354 - DUPTIO20916355, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1165.   Attached hereto as Exhibit 1164 is a true and correct copy of a document bearing Bates numbers DUPTIO20965018 - DUPTIO20965019, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1166.   Attached hereto as Exhibit 1165 is a true and correct copy of a document bearing Bates numbers HILLC000549075 - HILLC000549166, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1167.   Attached hereto as Exhibit 1166 is a true and correct copy of a document bearing Bates number HILLC001085192, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1168.   Attached hereto as Exhibit 1167 is a true and correct copy of a document bearing Bates numbers HILLC001085745 - HILLC001085746, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1169.   Attached hereto as Exhibit 1168 is a true and correct copy of a document bearing Bates numbers HILLC001085749 - HILLC001085750, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1170.   Attached hereto as Exhibit 1169 is a true and correct copy of a document bearing Bates numbers HILLC001093442 - HILLC001093443, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1171.   Attached hereto as Exhibit 1170 is a true and correct copy of a document bearing Bates number HILLC004848365, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1172.   Attached hereto as Exhibit 1171 is a true and correct copy of a document bearing Bates numbers IBMA - Fisher 000568 - IBMA - Fisher 000570, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1173.   Attached hereto as Exhibit 1172 is a true and correct copy of a document bearing Bates number KROWW00090431, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1174.   Attached hereto as Exhibit 1173 is a true and correct copy of a document bearing Bates numbers KROWW00091177 - KROWW00091178, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1175.   Attached hereto as Exhibit 1174 is a true and correct copy of a document bearing Bates numbers KROWW00100669 - KROWW00100671, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1176.   Attached hereto as Exhibit 1175 is a true and correct copy of a document bearing Bates numbers KROWW00114534 - KROWW00114535, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1177.   Attached hereto as Exhibit 1176 is a true and correct copy of a document bearing Bates number KROWW00429169, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1178.   Attached hereto as Exhibit 1177 is a true and correct copy of a document bearing Bates numbers KROWW00650424 - KROWW00650434, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1179.   Attached hereto as Exhibit 1178 is a true and correct copy of a document bearing Bates numbers KROWW00683848 - KROWW00683849, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1180.   Attached hereto as Exhibit 1179 is a true and correct copy of a document bearing Bates numbers MIC00077864 - MIC00077867, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1181.   Attached hereto as Exhibit 1180 is a true and correct copy of a document bearing Bates numbers MIC0020225 - MIC0020234, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1182.   Attached hereto as Exhibit 1181 is a true and correct copy of a document bearing Bates number MIC00232600, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1183.   Attached hereto as Exhibit 1182 is a true and correct copy of a document bearing Bates numbers MIC0056009 - MIC0056010, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1184.   Attached hereto as Exhibit 1183 is a true and correct copy of a document bearing Bates number MIC0056255, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1185.   Attached hereto as Exhibit 1184 is a true and correct copy of a document bearing Bates numbers MIC03253365 - MIC03253373, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1186.   Attached hereto as Exhibit 1185 is a true and correct copy of a document bearing Bates numbers MIC03268404 - MIC03268573, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1187.   Attached hereto as Exhibit 1186 is a true and correct copy of a document bearing Bates numbers MIC03651711 - MIC03651714, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1188.   Attached hereto as Exhibit 1187 is a true and correct copy of a document bearing Bates numbers MIC03958278 - MIC03958279, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1189.   Attached hereto as Exhibit 1188 is a true and correct copy of a document bearing Bates numbers MIC03960555 - MIC03960556, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1190.   Attached hereto as Exhibit 1189 is a true and correct copy of a document bearing Bates number MIC03965183, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1191.   Attached hereto as Exhibit 1190 is a true and correct copy of a document bearing Bates numbers MIC03965184 - MIC03965185, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1192.   Attached hereto as Exhibit 1191 is a true and correct copy of a document bearing Bates number MIC03965451, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1193.   Attached hereto as Exhibit 1192 is a true and correct copy of a document bearing Bates numbers MIC03986439 - MIC03986544, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1194.   Attached hereto as Exhibit 1193 is a true and correct copy of a document bearing Bates number MIC05716947, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1195.   Attached hereto as Exhibit 1194 is a true and correct copy of a document bearing Bates numbers MIC0025495 - MIC0025502, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1196.   Attached hereto as Exhibit 1195 is a true and correct copy of a document bearing Bates numbers MIC0019937 - MIC0019943, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1197.   Attached hereto as Exhibit 1196 is a true and correct copy of a document bearing Bates numbers MIC0019925 - MIC0019932, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1198.   Attached hereto as Exhibit 1197 is a true and correct copy of a document bearing Bates numbers C1ANFICHI00000588 - CIANFICHI00000597, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1199.   Attached hereto as Exhibit 1198 is a true and correct copy of a document bearing Bates numbers MIC0019738 - MIC0019745, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1200.   Attached hereto as Exhibit 1199 is a true and correct copy of a document bearing Bates numbers MIC01370547 - MIC01370556, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1201.   Attached hereto as Exhibit 1200 is a true and correct copy of a document bearing Bates numbers MIC0025379 - MIC0025388, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1202.   Attached hereto as Exhibit 1201 is a true and correct copy of a document bearing Bates numbers MIC00062162 - MIC00062166, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1203.   Attached hereto as Exhibit 1202 is a true and correct copy of a document bearing Bates numbers MIC00062139 - MIC00062148, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1204.   Attached hereto as Exhibit 1203 is a true and correct copy of a document bearing Bates numbers MIC00062181 - MIC00062191, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1205.   Attached hereto as Exhibit 1204 is a true and correct copy of a document bearing Bates numbers MIC00062282 - MIC00062290, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1206.   Attached hereto as Exhibit 1205 is a true and correct copy of a document bearing Bates numbers MIC05816437 - MIC05816446, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1207.   Attached hereto as Exhibit 1206 is a true and correct copy of a document bearing Bates numbers MIC0020678 - MIC0020684, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1208.   Attached hereto as Exhibit 1207 is a true and correct copy of a document bearing Bates numbers MIC00062014 - MIC00062023, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1209.   Attached hereto as Exhibit 1208 is a true and correct copy of a document bearing Bates numbers KROWW00125076 - KROWW00125087, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1210.   Attached hereto as Exhibit 1209 is a true and correct copy of a document bearing Bates numbers MIC0020842 - MIC0020852, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1211.   Attached hereto as Exhibit 1210 is a true and correct copy of a document bearing Bates numbers MIC0021093 - MIC0021103, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1212.   Attached hereto as Exhibit 1211 is a true and correct copy of a document bearing Bates numbers MIC0021406 - MIC0021416, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1213.   Attached hereto as Exhibit 1212 is a true and correct copy of a document bearing Bates number MIC0021306, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1214.   Attached hereto as Exhibit 1213 is a true and correct copy of a document bearing Bates numbers HILLC006152899 - HILLC006153386, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1215.   Attached hereto as Exhibit 1214 is a true and correct copy of a document bearing Bates numbers MIC03527043 - MIC03527052, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1216.   Attached hereto as Exhibit 1215 is a true and correct copy of a document bearing Bates numbers HILLC004901513 - HILLC004901522, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1217.   Attached hereto as Exhibit 1216 is a true and correct copy of a document bearing Bates numbers MIC00677258 - MIC00677266, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1218.   Attached hereto as Exhibit 1217 is a true and correct copy of a document bearing Bates numbers DUPTIO20622138 - DUPTIO20622143, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1219.   Attached hereto as Exhibit 1218 is a true and correct copy of a document bearing Bates numbers KROWW00113345 - KROWW00113356, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1220.   Attached hereto as Exhibit 1219 is a true and correct copy of a document bearing Bates numbers HILLC004876561 - HILLC004876565, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1221.   Attached hereto as Exhibit 1220 is a true and correct copy of a document bearing Bates numbers KROWW00110139 - KROWW00110149, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1222.   Attached hereto as Exhibit 1221 is a true and correct copy of a document bearing Bates numbers HILLC004876606 - HILLC004876607, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1223.   Attached hereto as Exhibit 1222 is a true and correct copy of a document bearing Bates numbers IBMA - Fisher 006747 - IBMA - Fisher 006748, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1224.   Attached hereto as Exhibit 1223 is a true and correct copy of a document bearing Bates numbers KROWW00713681 - KROWW00713681, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1225.   Attached hereto as Exhibit 1224 is a true and correct copy of a document bearing Bates numbers MIC03651700 - MIC03651705, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1226.   Attached hereto as Exhibit 1225 is a true and correct copy of a document bearing Bates numbers MIC05378477 - MIC05378488, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1227.   Attached hereto as Exhibit 1226 is a true and correct copy of a document bearing Bates number CIANFICHI00028568, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1228.   Attached hereto as Exhibit 1227 is a true and correct copy of a document bearing Bates numbers MIC05305177 - MIC05305179, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1229.   Attached hereto as Exhibit 1228 is a true and correct copy of a document bearing Bates number MIC05398227, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1230.   Attached hereto as Exhibit 1229 is a true and correct copy of a document bearing Bates numbers HILLC00420885 - HILLC00420888, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1231.   Attached hereto as Exhibit 1230 is a true and correct copy of a document bearing Bates numbers CIANFICHI00028754 - CIANFICHI00028759, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1232.   Attached hereto as Exhibit 1231 is a true and correct copy of a document bearing Bates number KROWW00683573, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1233.   Attached hereto as Exhibit 1232 is a true and correct copy of a document bearing Bates number KROWW00093705, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1234.   Attached hereto as Exhibit 1233 is a true and correct copy of a document bearing Bates numbers IBMA - Fisher 26071 - IBMA - Fisher 26183, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1235.   Attached hereto as Exhibit 1234 is a true and correct copy of a document bearing Bates number KROWW00107939, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1236.   Attached hereto as Exhibit 1235 is a true and correct copy of a document bearing Bates number KROWW00108950, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1237.   Attached hereto as Exhibit 1236 is a true and correct copy of a document bearing Bates numbers DUPTIO20178178 - DUPTIO20178179, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1238.   Attached hereto as Exhibit 1237 is a true and correct copy of a document bearing Bates number CIANFICHI00028688, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1239.   Attached hereto as Exhibit 1238 is a true and correct copy of a document bearing Bates numbers KROWW00127836 - KROWW00127838, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1240.   Attached hereto as Exhibit 1239 is a true and correct copy of a document bearing Bates numbers DUPTIO20212583 - DUPTIO20212584, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1241.   Attached hereto as Exhibit 1240 is a true and correct copy of a document bearing Bates numbers KROWW00090496 - KROWW00090498, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1242.   Attached hereto as Exhibit 1241 is a true and correct copy of a document bearing Bates numbers MIC0020219 - MIC0020222, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1243.   Attached hereto as Exhibit 1242 is a true and correct copy of a document bearing Bates number MIC0020049, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1244.   Attached hereto as Exhibit 1243 is a true and correct copy of a document bearing Bates numbers MIC0022285 - MIC0022299, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1245.   Attached hereto as Exhibit 1244 is a true and correct copy of a document bearing Bates numbers KROWW00148778 - KROWW00148780, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1246.   Attached hereto as Exhibit 1245 is a true and correct copy of a document bearing Bates numbers MIC04308083 - MIC04308084, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1247.   Attached hereto as Exhibit 1246 is a true and correct copy of a document bearing Bates number MIC0029388, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1248.   Attached hereto as Exhibit 1247 is a true and correct copy of a document bearing Bates number MIC0029387, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1249.   Attached hereto as Exhibit 1248 is a true and correct copy of a document bearing Bates numbers KROWW00072243 - KROWW00072245, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1250.   Attached hereto as Exhibit 1249 is a true and correct copy of a document bearing Bates numbers DUPTIO20404364 - DUPTIO20404365, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1251.   Attached hereto as Exhibit 1250 is a true and correct copy of a document bearing Bates numbers MIC00077647 - MIC00077649, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1252.   Attached hereto as Exhibit 1251 is a true and correct copy of a document bearing Bates number MIC05858907, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1253.   Attached hereto as Exhibit 1252 is a true and correct copy of a document bearing Bates number KROWW00122251, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1254.   Attached hereto as Exhibit 1253 is a true and correct copy of a document bearing Bates number DUPTIO20246250, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

1255.   Attached hereto as Exhibit 1254 is a true and correct copy of a document bearing Bates numbers KROWW00007102 - KROWW00007104, which was produced in discovery and marked "Confidential" or "Attorneys Eyes Only" pursuant to the protective order.

**Section T**

1256.   Attached hereto as Exhibit 1255 are true and correct copies of relevant pages of the deposition of James Clover taken on May 16, 2012.

1257.   Attached hereto as Exhibit 1256 are true and correct copies of relevant pages of the deposition of Rob Kuhnen taken on May 17, 2012.

1258.   Attached hereto as Exhibit 1257 are true and correct copies of relevant pages of the deposition of Eugene Bryan Snell taken on May 18, 2012.

1259.   Attached hereto as Exhibit 1258 are true and correct copies of relevant pages of the deposition of Jerry Bassett taken on May 22, 2012.

1260.   Attached hereto as Exhibit 1259 are true and correct copies of relevant pages of the deposition of Douglas Herrmann taken on May 22, 2012.

1261.   Attached hereto as Exhibit 1260 are true and correct copies of relevant pages of the deposition of Collette Daney taken on May 23, 2012.

1262.   Attached hereto as Exhibit 1261 are true and correct copies of relevant pages of the deposition of David Sanzalone taken on May 23, 2012.

1263.   Attached hereto as Exhibit 1262 are true and correct copies of relevant pages of the deposition of Michael Card taken on May 23, 2012.

1264.   Attached hereto as Exhibit 1263 are true and correct copies of relevant pages of the deposition of Ann Lopze taken on May 30, 2012.

1265.   Attached hereto as Exhibit 1264 are true and correct copies of relevant pages of the deposition of Sam Alexander taken on May 31, 2012.

1266.   Attached hereto as Exhibit 1265 are true and correct copies of relevant pages of the deposition of Stewart Taylor taken on May 31, 2012.

1267.   Attached hereto as Exhibit 1266 are true and correct copies of relevant pages of the deposition of Chris Lambert taken on June 7, 2012.

1268.   Attached hereto as Exhibit 1267 are true and correct copies of relevant pages of the deposition of Ben Corona taken on June 12, 2012.

1269.   Attached hereto as Exhibit 1268 are true and correct copies of relevant pages of the deposition of Wendy Andrushko taken on June 13, 2012.

1270.   Attached hereto as Exhibit 1269 are true and correct copies of relevant pages of the deposition of Bruce Zwicker taken on June 13, 2012.

1271.   Attached hereto as Exhibit 1270 are true and correct copies of relevant pages of the deposition of David Vercollone taken on June 15, 2012.

1272.   Attached hereto as Exhibit 1271 are true and correct copies of relevant pages of the deposition of Richard Gillette taken on June 19, 2012.

1273.   Attached hereto as Exhibit 1272 are true and correct copies of relevant pages of the deposition of Gary Cianfichi (Vol. I)  taken on June 21, 2012.

1274.   Attached hereto as Exhibit 1273 are true and correct copies of relevant pages of the deposition of Gary Cianfichi (Vol. II) taken on June 22, 2012.

1275.   Attached hereto as Exhibit 1274 are true and correct copies of relevant pages of the deposition of Peter O'Sullivan taken on June 26, 2012.

1276.   Attached hereto as Exhibit 1275 are true and correct copies of relevant pages of the deposition of Agostino Valente taken on June 26, 2012.

1277.   Attached hereto as Exhibit 1276 are true and correct copies of relevant pages of the deposition of Mike Dixon taken on June 27, 2012.

1278.   Attached hereto as Exhibit 1277 are true and correct copies of relevant pages of the deposition of Mahomed Maiter taken on June 28, 2012.

1279.   Attached hereto as Exhibit 1278 are true and correct copies of relevant pages of the deposition of Ian Edwards taken on July 3, 2012.

1280.   Attached hereto as Exhibit 1279 are true and correct copies of relevant pages of the deposition of Samuel Severance taken on July 10, 2012.

1281.   Attached hereto as Exhibit 1280 are true and correct copies of relevant pages of the deposition of Lawrence Wigdor taken on July 10, 2012.

1282.   Attached hereto as Exhibit 1281 are true and correct copies of relevant pages of the deposition of Rick Rowe taken on July 11, 2012.

1283.   Attached hereto as Exhibit 1282 are true and correct copies of relevant pages of the deposition of John Imes taken on July 12, 2012.

1284.   Attached hereto as Exhibit 1283 are true and correct copies of relevant pages of the deposition of Wayne Underhill taken on July 12, 2012.

1285.   Attached hereto as Exhibit 1284 are true and correct copies of relevant pages of the deposition of Mark Stoll taken on July 13, 2012.

1286.   Attached hereto as Exhibit 1285 are true and correct copies of relevant pages of the deposition of Bart DeJong taken on July 17, 2012.

1287.   Attached hereto as Exhibit 1286 are true and correct copies of relevant pages of the deposition of Jim Fisher (Vol. I) taken on July 17, 2012.

1288.   Attached hereto as Exhibit 1287 are true and correct copies of relevant pages of the deposition of Jim Fisher (Vol. II) taken on July 18, 2012.

1289.   Attached hereto as Exhibit 1288 are true and correct copies of relevant pages of the deposition of Jim Fisher (Vol. III) taken on July 18, 2012.

1290.   Attached hereto as Exhibit 1289 are true and correct copies of relevant pages of the deposition of Jeffrey Keefer taken on Aug. 30, 2012.

1291.   Attached hereto as Exhibit 1290 are true and correct copies of relevant pages of the deposition of Stuart Heyes taken on July 18, 2012.

1292.   Attached hereto as Exhibit 1291 are true and correct copies of relevant pages of the deposition of Connie Hubbard taken on July 19, 2012.

1293.   Attached hereto as Exhibit 1292 are true and correct copies of relevant pages of the deposition of John Hall taken on July 24, 2012.

1294.   Attached hereto as Exhibit 1293 are true and correct copies of relevant pages of the deposition of Douglas Weaver taken on July 24, 2012.

1295.   Attached hereto as Exhibit 1294 are true and correct copies of relevant pages of the deposition of Joseph Maas taken on July 27, 2012.

1296.   Attached hereto as Exhibit 1295 are true and correct copies of relevant pages of the deposition of Michael Quinn taken on July 27, 2012.

1297.   Attached hereto as Exhibit 1296 are true and correct copies of relevant pages of the deposition of Paul Cronshaw taken on July 31, 2012.

1298.   Attached hereto as Exhibit 1297 are true and correct copies of relevant pages of the deposition of Robert Portsmouth taken on August 1, 2012.

1299.   Attached hereto as Exhibit 1298 are true and correct copies of relevant pages of the deposition of Thomas Cerny taken on August 2, 2012.

1300.   Attached hereto as Exhibit 1299 are true and correct copies of relevant pages of the deposition of W. Peter Woodward taken on August 3, 2012.

1301.   Attached hereto as Exhibit 1300 are true and correct copies of relevant pages of the deposition of Richard Olson taken on August 7, 2012.

1302.   Attached hereto as Exhibit 1301 are true and correct copies of relevant pages of the deposition of Norman Shrunk taken on August 7, 2012.

1303.   Attached hereto as Exhibit 1302 are true and correct copies of relevant pages of the deposition of Chad Verrett taken on August 7, 2012.

1304.   Attached hereto as Exhibit 1303 are true and correct copies of relevant pages of the deposition of Thomas Keenan taken on August 8, 2012.

1305.   Attached hereto as Exhibit 1304 are true and correct copies of relevant pages of the deposition of Jean-Pierre Gravel taken on August 10, 2012.

1306.   Attached hereto as Exhibit 1305 are true and correct copies of relevant pages of the deposition of Dorothy Perillo taken on August 10, 2012.

1307.   Attached hereto as Exhibit 1306 are true and correct copies of relevant pages of the deposition of William Spenla taken on August 10, 2012.

1308.   Attached hereto as Exhibit 1307 are true and correct copies of relevant pages of the deposition of Subramamiam Shankar taken on August 13, 2012.

1309.   Attached hereto as Exhibit 1308 are true and correct copies of relevant pages of the deposition of Simon Turner taken on August 14, 2012.

1310.   Attached hereto as Exhibit 1309 are true and correct copies of relevant pages of the deposition of Greg Parks taken on August 15, 2012.

1311.   Attached hereto as Exhibit 1310 are true and correct copies of relevant pages of the deposition of Ian Goodwin taken on August 16, 2012.

1312.   Attached hereto as Exhibit 1311 are true and correct copies of relevant pages of the deposition of Steve Watson taken on August 20, 2012.

1313.   Attached hereto as Exhibit 1312 are true and correct copies of relevant pages of the deposition of John Gallagher taken on August 21, 2012.

1314. Attached hereto as Exhibit 1313 are true and correct copies of relevant pages of the deposition of Augustus Williamson taken on August 21, 2012.

1315. Attached hereto as Exhibit 1314 are true and correct copies of relevant pages of the deposition of David Murrer taken on August 24, 2012.

1316. Attached hereto as Exhibit 1315 are true and correct copies of relevant pages of the deposition of Luis Rebollar taken on August 29, 2012.

1317. Attached hereto as Exhibit 1316 are true and correct copies of relevant pages of the deposition of Miguel Beneito taken on August 31, 2012.

1318. Attached hereto as Exhibit 1317 are true and correct copies of relevant pages of the deposition of Henry Basson taken on September 3, 2012.

1319. Attached hereto as Exhibit 1318 are true and correct copies of relevant pages of the deposition of Paul Bradley taken on September 6, 2012.

1320. Attached hereto as Exhibit 1319 are true and correct copies of relevant pages of the deposition of John Corvesor taken on September 7, 2012.

1321. Attached hereto as Exhibit 1320 are true and correct copies of relevant pages of the deposition of Frank Mitsch taken on September 12, 2012.

1322. Attached hereto as Exhibit 1321 are true and correct copies of relevant pages of the deposition of Dan Kerr taken on October 3, 2012.

1323. Attached hereto as Exhibit 1322 are true and correct copies of relevant pages of the deposition of John Romano taken on October 10, 2012.

1324. Attached hereto as Exhibit 1323 are true and correct copies of relevant pages of the deposition of Robert Gibney taken on October 18, 2012.

1325. Attached hereto as Exhibit 1324 are true and correct copies of relevant pages of the deposition of Luigi Cutrone taken on November 6, 2012.

1326.   Attached hereto as Exhibit 1325 are true and correct copies of relevant pages of the deposition of Jonathan Dean taken on November 9, 2012.

1327.   Attached hereto as Exhibit 1326 are true and correct copies of relevant pages of the deposition of Robert Louw taken on November 13, 2012.

1328.   Attached hereto as Exhibit 1327 are true and correct copies of relevant pages of the deposition of Doug Coombs taken on November 27, 2012.

1329.   Attached hereto as Exhibit 1328 are true and correct copies of relevant pages of the deposition of Scott Detiveaux taken on January 1, 2013.

1330.   Attached hereto as Exhibit 1329 are true and correct copies of relevant pages of the deposition of Daniel Rubinfeld taken on January 22, 2013.

1331.   Attached hereto as Exhibit 1330 are true and correct copies of relevant pages of the deposition of Timothy Schofield taken on December 18, 2014.

1332.   Attached hereto as Exhibit 1331 are true and correct copies of relevant pages of the deposition of James Hartsgrove taken on January 13, 2015.

1333.   Attached hereto as Exhibit 1332 are true and correct copies of relevant pages of the deposition of James Clover taken on January 14, 2015.

1334.   Attached hereto as Exhibit 1333 are true and correct copies of relevant pages of the deposition of Daniel Rubin taken on January 21, 2015.

1335.   Attached hereto as Exhibit 1334 are true and correct copies of relevant pages of the deposition of Steven Beckwith taken on January 22, 2015.

1336.   Attached hereto as Exhibit 1335 are true and correct copies of relevant pages of the deposition of David Murrer taken on January 23, 2015.

1337.   Attached hereto as Exhibit 1336 are true and correct copies of relevant pages of the deposition of Paul Sara taken on January 27, 2015.

1338.   Attached hereto as Exhibit 1337 are true and correct copies of relevant pages of the deposition of Constance Hubbard taken on January 30, 2015.

1339.   Attached hereto as Exhibit 1338 are true and correct copies of relevant pages of the deposition of Larry Rogers taken on February 3, 2015.

1340.   Attached hereto as Exhibit 1339 are true and correct copies of relevant pages of the deposition of Bennett Bomar taken on February 5, 2015.

1341.   Attached hereto as Exhibit 1340 are true and correct copies of relevant pages of the deposition of John Pennias taken on February 6, 2015.

1342.   Attached hereto as Exhibit 1341 are true and correct copies of relevant pages of the deposition of Joe Maas taken on February 9, 2015.

1343.   Attached hereto as Exhibit 1342 are true and correct copies of relevant pages of the deposition of Thomas Kelliher taken on February 12, 2015.

1344.   Attached hereto as Exhibit 1343 are true and correct copies of relevant pages of the deposition of Megan O'Malley Noe taken on February 12, 2015.

1345.   Attached hereto as Exhibit 1344 are true and correct copies of relevant pages of the deposition of David Sanzalone taken on February 17, 2015.

1346.   Attached hereto as Exhibit 1345 are true and correct copies of relevant pages of the deposition of Mark Stoll taken on February 18, 2015.

1347.   Attached hereto as Exhibit 1346 are true and correct copies of relevant pages of the deposition of Jim Tuttle taken on February 24, 2015.

1348.   Attached hereto as Exhibit 1347 are true and correct copies of relevant pages of the deposition of Gary Cianfichi taken on February 25, 2015.

1349.   Attached hereto as Exhibit 1348 are true and correct copies of relevant pages of the deposition of Cale Berryman taken on February 26, 2015.

1350.    Attached hereto as Exhibit 1349 are true and correct copies of relevant pages of the deposition of Michael Quinn taken on February 26, 2015.

1351.    Attached hereto as Exhibit 1350 are true and correct copies of relevant pages of the deposition of Jerry Bassett taken on February 27, 2015.

1352.    Attached hereto as Exhibit 1351 are true and correct copies of relevant pages of the deposition of Jim Fisher taken on March 4, 2015.

1353.    Attached hereto as Exhibit 1352 are true and correct copies of relevant pages of the deposition of Collette Daney taken on March 17, 2015.

1354.    Attached hereto as Exhibit 1353 are true and correct copies of relevant pages of the deposition of Miren Salsamendi taken on March 31, 2015.

1355.    Attached hereto as Exhibit 1354 are true and correct copies of relevant pages of the deposition of Jay Becker taken on April 7, 2015.

1356.    Attached hereto as Exhibit 1355 are true and correct copies of relevant pages of the deposition of Simon Turner taken on June 4, 2015.

1357.    Attached hereto as Exhibit 1356 are true and correct copies of relevant pages of the deposition of Robert Willig taken on July 16, 2015.

1358.    Attached hereto as Exhibit 1357 are true and correct copies of relevant pages of the deposition of James T. McClave (Vol. II) taken on August 18, 2015.

1359.    Attached hereto as Exhibit 1358 are true and correct copies of relevant pages of the deposition of Michael Williams (Vol. II) taken on August 21, 2015.

I declare under penalty of perjury under the laws of the United States, that the foregoing facts are correct, and that this declaration was executed on September 28, 2015.

Jessica L. Meyer

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 29, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to registered participants, and further certify that I caused copies of the foregoing document to be served upon the following via electronic mail:

Kathleen Furey McDonough
John A. Sensing
POTTER ANDERSON & CORROON LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801
(302) 984-6000
kmcdonough@potteranderson.com
    jsensing@potteranderson.com

Shari Ross Lahlou
CROWELL & MORING LLP
1001 Pennsylvania Avenue N.W.
Washington, DC 20004
(202) 654-2500
slahlou@crowell.com

Joshua C. Stokes
CROWELL & MORING LLP
515 South Flower Street
40th Floor
Los Angeles, CA 90071
jstokes@crowell.com

/s/ Jason J. Rawnsley
Jason J. Rawnsley (#5379)
rawnsley@rlf.com