UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 16-1345
_____

VALSPAR CORPORATION;
VALSPAR SOURCING, INC.,
                                        Appellant

v.

E. I. DU PONT DE NEMOURS AND COMPANY
_____

On Appeal from the United States District Court
for the District of Delaware
(D.C. No. 1-14-cv-00527)
District Judge: Honorable Richard G. Andrews
_____

Argued March 9, 2017
Before: HARDIMAN and KRAUSE, Circuit Judges,
and STENGEL,[*] Chief District Judge.
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the District of Delaware and was argued on March 9, 2017. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the United States District Court for the District of Delaware entered January 25, 2016, be and the same is hereby AFFIRMED. All of the above in accordance with the Opinion of this Court.

---

[*] The Honorable Lawrence F. Stengel, Chief Judge, United States District Court for the Eastern District of Pennsylvania, sitting by designation.

Costs taxed against Appellants.

ATTEST:

<u>Marcia M. Waldron</u>
Clerk

Dated: September 14, 2017

**Certified as a true copy and issued in lieu of a formal mandate on**    12/13/2017

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**